**PLAINTIFF/PETITIONER/MOVANT'S NAME:** BOBBY S. JANOE

**PRISON NUMBER:** J25333

**PLACE OF CONFINEMENT:** Calipatria State Prison

**ADDRESS:** P O Box 5004 Calipatria CA 92233

FILED
2008 MAR -5 PM 3:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___RM___ DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ✓ No ___
COPIES SENT TO
Court ✓ ProSe ___

# United States District Court
## Southern District Of California

BOBBY SHAWN JANOE,
Plaintiff/Petitioner/Movant

v.

L.E. Scribner, Warden,
Defendant/Respondent

Civil No. **'08 CV 0420 JLS POR**
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, BOBBY SHAWN JANOE, declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

In further support of this application, I answer the following question under penalty of perjury:
1. Are you currently incarcerated? ☒ Yes ☐ No     (If "No" go to question 2)
   - If "Yes," state the place of your incarceration Calipatria State Prison
   - Are you employed at the institution?     ☐ Yes ☒ No
   - Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 4/06)                                    H:\CIV-67.wpd

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. _Information not available_

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
   c. Pensions, annuities or life insurance ☐ Yes ☒ No
   d. Disability or workers compensation ☐ Yes ☒ No
   e. Social Security, disability or other welfare ☐ Yes ☒ No
   e. Gifts or inheritances ☐ Yes ☒ No
   f. Spousal or child support ☐ Yes ☒ No
   g. Any other sources ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month. _____

4. Do you have any checking account(s)? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s): _____
   b. Present balance in account(s): _____

6. Do you own an automobile or other motor vehicle? ☒ Yes ☐ No
   a. Make: _Dodge_   Year: _1969_   Model: _Pick-up_
   b. Is it financed? ☐ Yes ☒ No
   c. If so, what is the amount owed? _____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. __Myself__

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   __N/A__

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____
    __N/A__

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses. _____
    __N/A__

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__March 3, 2008__
DATE

__Bobby S. James__
SIGNATURE OF APPLICANT

CIV-67 (Rev. 4/06)            -3-            H:\CIV-67.wpd

```
REPORT ID: TS3030 .701                                              REPORT DATE: 02/14/08
                                                                    PAGE NO:           1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  CALIPATRIA STATE PRISON
                               INMATE TRUST ACCOUNTING SYSTEM
                               INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 14, 2008

ACCOUNT NUMBER : J25333                        BED/CELL NUMBER: FA05000000000237L
ACCOUNT NAME   : JANOE, BOBBY SHAWN            ACCOUNT TYPE: I
PRIVILEGE GROUP: D

                              TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE  DESCRIPTION    COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
----   ----  -----------    -------     ---------   --------   -----------   -------
08/01/2007   BEGINNING BALANCE                                                521.52
08/23 W516   LEGAL COPY CH 08-21/1133                              0.20       521.32

                           CURRENT HOLDS IN EFFECT

 DATE        HOLD
PLACED       CODE      DESCRIPTION             COMMENT         HOLD AMOUNT
------       ----      -----------             -------         -----------
06/14/2007   H200    GENERAL HOLD           BADCK 6875            521.52
01/23/2008   H118    LEGAL COPIES HOLD      1-22  4167              1.20
01/25/2008   H109    LEGAL POSTAGE HOLD     01/23 4232              0.41
01/25/2008   H109    LEGAL POSTAGE HOLD     01/23 4232              0.41
01/29/2008   H118    LEGAL COPIES HOLD      1/25  4296              3.00
02/08/2008   H114    COPAY FEE, MED.        02/08 4512              5.00

                           TRUST ACCOUNT SUMMARY

BEGINNING     TOTAL        TOTAL        CURRENT       HOLDS         TRANSACTIONS
 BALANCE     DEPOSITS    WITHDRAWALS    BALANCE      BALANCE        TO BE POSTED
---------    --------    -----------    -------      -------        ------------
  521.52       0.00         0.20         521.32      531.95             0.00

                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                                10.63-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY _____
   TRUST OFFICE

If you are a prisoner you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement.</u>

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____JANOE, BOBBY_____
(NAME OF INMATE)

_____J 25 333_____
(INMATE'S CDC NUMBER)

has the sum of $ ___-10.63___ on account to his/her credit at

_____CALIPATRIA STATE PRISON_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ___N/A___ to his/her credit according to the records of the aforementioned institution. I further certify that during the past six months the applicant's *average monthly balance* was $ ___86.91___

and the *average monthly deposits* to the applicant's account was $ ___0___

___2/14/08___
DATE

___[signature]___
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

___D. ZAMUDIO___
OFFICER'S FULL NAME (PRINTED)

___Account Clerk II___
OFFICER'S TITLE/RANK

CIV-67 (Rev 9/07)