April 28, 2008

Bobby S. Janoe J25333
CSATF/SP  C-1-112
PO Box 5244
Corcoran CA 93212

FILED
2008 MAY -1 PM 2:14
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

08CV0420 JLS (POR)

United States District Court
880 Front Street
Room 4290
San Diego CA 92101-8900

RE: Change of address notice

Dear Sir or Madam:

I am writing to notify the court of my new address as written above. I have case Janoe v L.E. Scribner 08-0420 JLS (POR) pending in front of the court. Please forward all further orders to my new address.

Sincerely,

Bobby S. Janoe



Bobby S. Jance J85333
CSATF/SP C-1-112
P.O. Box 5244
Corcoran, CA 93212

United States District Court
880 Front Street, Room 4290
San Diego, CA 92101-8900

Confidential mail