1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | JULIE L. GARLAND
Senior Assistant Attorney General
4 | HEATHER BUSHMAN
Supervising Deputy Attorney General
5 | KIM AARONS, State Bar No. 213480
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 525-4398
Fax: (619) 645-2581
9 | Email: Kim.Aarons@doj.ca.gov

10 | Attorneys for Respondent

11 | IN THE UNITED STATES DISTRICT COURT

12 | FOR THE SOUTHERN DISTRICT OF CALIFORNIA

13

14 | **BOBBY SHAWN JANOE,**                    CV 08-0420 JLS (POR)

15 |                              Petitioner,   **RESPONDENT'S EX PARTE**
                                            **APPLICATION FOR AN**
16 |              v.                           **EXTENSION OF TIME TO**
                                            **FILE HIS ANSWER;**
17 | **JAMES TILTON, Secretary, et al.,**       **SUPPORTING DECLARATION**
                                            **OF KIM AARONS**
18 |                              Respondent.
                                            Judge:  The Honorable
19 |                                                  Louisa S. Porter

20

21 |         TO THE HONORABLE LOUISA S. PORTER, UNITED STATES MAGISTRATE JUDGE,

22 | AND PETITIONER BOBBY SHAWN JANOE:

23 |         Respondent respectfully applies for an extension of time, through July 14, 2008, within which

24 | to file his Answer to the Petition for Writ of Habeas Corpus.  The Answer is currently due on May

25 | 16, 2008.

26 | ///

27 | ///

28 | ///

1        This application is based on good cause as set forth in the attached declaration of Kim

2    Aarons.  A proposed order is being filed herewith.

3          Dated:  May 15, 2008

                                        Respectfully submitted,

4                                        EDMUND G. BROWN JR.

5                                        Attorney General of the State of California

6                                        DANE R. GILLETTE
                                    Chief Assistant Attorney General

7                                        JULIE L. GARLAND
                                    Senior Assistant Attorney General

8                                        HEATHER BUSHMAN

9                                        Supervising Deputy Attorney General

10                                       */S/ Kim Aarons*

11

12                                       KIM AARONS
                                    Deputy Attorney General

13                                       Attorneys for Respondent

14   SD2008600425

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Janoe v. Scribner**

Case No.:    **CV 08-0420 JLS (POR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter; my business address is 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266.

On May 15, 2008, I served the attached **RESPONDENT'S EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO FILE HIS ANSWER; SUPPORTING DECLARATION OF KIM AARONS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Diego, California, addressed as follows:

Bobby Shawn Janoe
CDC # J-25333
CSATF/SP C-1-112
P.O. Box 5244
Corcoran, CA 93212
In Pro Per

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 15, 2008, at San Diego, California.

J. Yost

_____          _____
            Declarant                                  Signature

70123991.wpd