EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
HEATHER BUSHMAN
Supervising Deputy Attorney General
KATHLEEN R. FREY, State Bar No. 249417
Deputy Attorney General
  110 West A Street, Suite 1100
  San Diego, CA 92101
  P.O. Box 85266
  San Diego, CA 92186-5266
  Telephone: (619) 645-3034
  Fax: (619) 645-2581

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BOBBY SHAWN JANOE,**<br><br>                                    Petitioner,<br><br>         v.<br><br>**JAMES TILTON, Secretary, et al.,**<br><br>                                    Respondent. | CASE NO. CV 08-0420 JLS (POR)<br><br>**NOTICE OF REASSIGNMENT OF COUNSEL**<br><br>Judge:   The Honorable<br>             Louisa S. Porter |

PLEASE TAKE NOTICE that the Deputy Attorney General assigned to represent Respondent James Tilton in this case has been changed. Please amend your proof of service and files to reflect the Deputy Attorney General currently assigned to represent the Respondent in this case is as follows:

//

//

//

//

//

Notice of Reassignment of Counsel

Case No. CV 08-0420 JLS (POR)

| | |
|---|---|
| 1 | Kathleen R. Frey |
| | Deputy Attorney General |
| 2 | 110 West A Street, Suite 1100 |
| | San Diego, CA 92101 |
| 3 | P.O. Box 85266 |
| | San Diego, CA 92186-5266 |
| 4 | Telephone:  (619) 645-3034 |
| | Facsimile:  (619) 645-2581 |
| 5 | |
| 6 | Dated:  June 30, 2008 |
| 7 | Respectfully submitted, |
| 8 | EDMUND G. BROWN JR. |
| | Attorney General of the State of California |
| 9 | DANE R. GILLETTE |
| | Chief Assistant Attorney General |
| 10 | |
| 11 | JULIE L. GARLAND |
| | Senior Assistant Attorney General |
| 12 | HEATHER BUSHMAN |
| | Supervising Deputy Attorney General |
| 13 | |
| 14 | /s/Kathleen R. Frey |
| 15 | |
| 16 | KATHLEEN R. FREY |
| | Deputy Attorney General |
| | Attorneys for Respondent |
| 17 | KRF/mtl |
| 18 | 70128319.wpd |

Notice of Reassignment of Counsel

Case No. CV 08-0420 JLS (POR)

1

2 **CERTIFICATE OF SERVICE BY U.S. MAIL**

3

4 Case Name:   **Janoe v. Scribner**

5 Case No.:   **CV 08-0420 JLS (POR)**

6 I declare:

7 I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

11 On June 30, 2008, I served the following documents:

12 **NOTICE OF REASSIGNMENT OF COUNSEL**

13 by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

15 **Manual Notice List**
The following are those who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing):

17 **Bobby Shawn Janoe (J-25333)**
**California Substance Abuse Treatment**
**Facility & State Prison-Corcoran**
**CSATF/SP C-1-112**
**P.O. Box 5244**
**Corcoran, CA  93212**

In Pro Per

22 I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on June 30, 2008, at San Diego, California.

24  M. Torres-Lopez                                      /s/ M. Torres-Lopez
25         Declarant                                              Signature

26 SD2008600425
70128871.wpd