1  BOBBY S. JANOE   J25333

2  CSATF/SP   C-1-112

3  P.O. Box 5244

4  CORCORAN   CA   93212

FILED
JUL 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBY SHAWN JANOE,<br>　　　Petitioner,<br>V.<br>JAMES TILTON, et al.,<br>　　　Responent. | Civil No. 08-0420 JLS(POR)<br>PETITIONER EX PARTE<br>APPLICATION FOR LEAVE TO<br>AMEND HABEAS CORPUS PETITION<br>Judge: Honorable<br>　　Louisa S. Porter |

TO THE HONORABLE LOUISA S. PORTER, UNITED STATES MAGISTRATE JUDGE, AND RESPONDENT JAMES TILTON:

Petitioner respectfully applies for leave to amend habeas corpus petition, previously filed in this matter, and to file in its stead the document provided herewith as the "Proposed Amendment", Amended petition for writ of habeas corpus.

This application is based on this motion, supporting documents which are attached, and upon the files and records of this case.

A proposed order is also submitted.

Date: June 26, 2008

Respectfully Submitted,

_Bobby S. Janoe_
Bobby S. Janoe

08-0420 JLS(POR)