1  BOBBY S. JANOE   J25333
2  CSATF/SP   C-1-112
3  P.O. Box 5244
4  CORCORAN   CA   93212

FILED
JUL 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

BOBBY S. JANOE,            )
    Petitioner,        )   Case No. 08-0420 JLS(POR)
                           )
                           )   DECLARATION OF BOBBY S. JANOE
V.                         )   IN SUPPORT OF APPLICATION
                           )   FOR LEAVE TO AMEND HABEAS
JAMES TILTON, et al.,      )   CORPUS PETITION
    Respondent.        )
                           )   Judge: Honorable
                               Louisa S. Porter

I Bobby S. Janoe hereby do declare and state:

1. I Bobby S. Janoe am the petitioner, in propria persona.

2. I am personally familiar with the facts stated herein.

3. This motion is to seek to Amend Habeas Corpus Petition, filed on March 18. 2008.

4. The purpose of the Amendment is to clarify the facts and present them in an orderly fashion, with Exhibits.

5. This Motion is being filed now rather than earlier, because petitioner did not have access to petitioners typewriter until recently.

I declare under penalty of perjury to the laws of the state of California and the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.   Executed on 6/26/2008 at Corcoran California.

                                                  _____
                                                  Bobby S. Janoe

                                                             08-0420 JLS(POR)