# EXHIBIT

G

EVWD East Valley Water District
Serving Our Community for Over 50 Years
P.O. BOX 3427
SAN BERNARDINO, CA 92413
(909) 889-9501

CITIZENS BUSINESS BANK
1555 EAST HIGHLAND AVE.
SAN BERNARDINO, CA 92413

90-3414/1222

206430

| CHECK DATE | CONTROL NUMBER | AMOUNT |
| --- | --- | --- |
| 5/24/2006 | 206430 | $3,187.00 |

PAY Three Thousand One Hundred Eighty-Seven and 00/100-------------------------- US Dollars

TO THE ORDER OF
BOBBY JANOE #J25333
PO BOX 5069
SAN BERNARDINO, CA 92412-5069

FOR;BOBBY JANOE#J25333

AUTHORIZED SIGNATURES

REVERSE SIDE OF THIS CHECK HAS AN ARTIFICIAL WATERMARK. MICROLINE TYPE IN CHECK BORDER AND SIGNATURE LINES IS A SECURITY FEATURE.

⑈206430⑈ ⑆122234149⑆ 238⑈103363⑈

SCREENED OUT SEP 29 2006
SCREENED OUT OCT 06 2006
RECEIVED CAL APPEALS OCT 06 2006
RECEIVED CAL APPEALS SEP 29 2006

SCREENED OUT SEP 29 2006 SCREENED OUT OCT 06 2006

Say brother! let me know what you need!

I'll send more money in a couple days!

Love ya bro! yes me and Scott are talking to work out [illegible] to get your [illegible] attorney on charges!!

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT.

RECEIVED CAL APPEALS OCT 20 2006

RECEIVED CAL APPEALS OCT 06 2006

RECEIVED CAL APPEALS SEP 29 2006

CAL A 0602524

00100

# EXHIBIT

H

RECEIVED CAL APPEALS SEP 29 5

1 of 1 COPIES

CAL A 0602524

RECEIVED CAL APPEALS OCT 06

RECEIVED CAL APPEALS OCT

MEDICARE PAYMENT

NHIC

PAY TO THE ORDER OF

FEDERAL HEALTH INSURANCE BENEFITS ACCOUNT
ADD61 00009559
J ROBERT WEST MD INC
PO BOX 2150
REDLANDS, CA 92373-0701
BOBBY JANOE # J-25333

05 08 06

5,190 87

5,190 DOLLARS AND 87 CENTS

Void 1 Year After Issue Date

AUTHORIZED SIGNATURE

MEDICARE PAYMENT

NHIC

FEDERAL HEALTH INSURANCE BENEFITS ACCOUNT
ADD61 00009558
J ROBERT WEST MD INC
PO BOX 2150
REDLANDS, CA 92373-0701
BOBBY JANOE # J-25333

PAY TO THE ORDER OF

05 08 06

5,727 19

5,727 DOLLARS AND 19 CENTS

Void 1 Year After Issue Date

AUTHORIZED SIGNATURE

SCREENED OUT SEP 29 2006

SCREENED OUT OCT 06 2006

RECEIVED CAL APPEALS SEP - 9 2006

CAL A 0602524

5-16-06

RECEIVED CAL APPEALS OCT 0? 2006

What's up bro!

RECEIVED CAL APPEALS OCT 20 2006

got your letter the other, and was glad to hear from you, as for out here, I'm going thru it all bunch of bull shit, and I just can't focus at the moment, I do need to, I am planing on moving in 1 week, and I still need to find a new house, so I will Focus on that tomorrow, I have lots to do! Plus with my court case coming up next month, its nothing nice, any case, they plan to raise my bail to 300,000.00 so I am working on getting up my issues so I can fight my case from the streets, so any how my homeboy enclosed 5 - - 7 for you, plus another letter with 5 - - 7.00 ok. over 10,000, do are these ideas could you do me a favor, send it back to you around take half of that and Calif. check, I could me in a state of my bail, as soon put that toward my plus put in a request as it clears, just half of that to me ok, to send out half of that you, also to my P.O. box ok, 6551 when you do that! send me out a kite when you head up, And keep your things will get better, I will get at money orders to you next week bro! I'll get you out legally!

Trust, have faith! I do need to focus right now my bail and court case the deal. I was 8 years for what? I've be of good

SCREENED OUT SEP 29 2006

SCREENED OUT OCT 0? 2006

RECEIVED CAL APPEALS SEP 2 [?] 2006
RECEIVED CAL APPEALS OCT 0 6 2006
RECEIVED CAL APPEALS OCT 2 0 2006

CAL A 0602524

cheers, and remember, if you approached an [?] where money passes, you don't know of!

write soon!

[signature] and respect
always
your [?]

Discover Your Family Story

Bellamy
28 May 1933
Edgecombe
Jimmie?? Bellamy
B_C037_66001
20
4??

Source Information:

Ancestry.com. *North Carolina Birth Index, 1800-2000* [database on-line]. Provo, Utah [...]

This list shows the counties and year ranges covered in this index. Delayed births are also included in [...]

SCREENED OUT SEP 2 9 06
SCREENED OUT OCT 0 6 2006

00104

# EXHIBIT

I

SCREENED OUT SEP 29 2006 SCREENED OUT OCT 06 2006

RECEIVED CAL APPEALS OCT 20 2006

RECEIVED CAL APPEALS OCT 06 2006

EALS SEP 29 2006

CAL A 0602524

CAL A 0602524

RECEIVED CAL APPEALS SEP 2

RECEIVED CAL APPEALS

RECEIVED CAL APPEALS OCT

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

CONTINENTAL EXPRESS MONEY ORDER COMPANY INC.

ISSUER SANTA ANA, CALIFORNIA (714) 667-8440

MONEY ORDER GOOD WORLD-WIDE ACEPTADO EN TODO EL MUNDO

57-42718592

NOT VALID OVER FIVE HUNDRED U.S. DOLLARS

NOT GOOD OVER $287.67 J-25333

POR Bobby Santos

SN-005742718592 AGENT-6767 CHAIN-1

PAY ONLY 287 67

JUL 03 2006 TWO HUNDRED EIGHTY SEVEN DOLLARS AND 67 CENTS

VOID OVER $287.67

Acc# J 25333

FILL IN BEFORE LEAVING PREMISES — NOT PAYABLE OVER FIVE HUNDRED DOLLARS

Pay To The Order Of San Bernardino Calif. ...

Pay Through Union Bank of California 445 So. Figueroa St. Los Angeles, CA 90071

Purchaser

AUTHORIZED SIGNATURE

Address

⑆122000496⑆ 57 42718592⑈ 9999

THE BACK OF THIS DOCUMENT IS PRINTED WITH A SECURITY PANEL

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATER MARK - HOLD AT AN ANGLE TO VIEW

WESTERN UNION | MONEY ORDER

INTEGRATED PAYMENT SYSTEMS, INC. - ISSUER Greenwood Village, Colorado

08-532968393

82-40/1021

AGENT 713247 DATE 070706

TIME 1048 04

085329683936 LOCATION 000000

$86.00

** PAY EXACTLY EIGHTY-SIX DOLLARS AND NO CENTS ************

PAY EXACTLY

PAY TO THE ORDER OF S.B. Calif. ... FOR/ACCT #

PURCHASER'S ADDRESS

Ontario Ca 91782 Acc# ...

PURCHASER, SIGNER FOR DRAWER. BY SIGNING YOU AGREE TO THE TERMS ON THE REVERSE SIDE.

Western Union Money Order and Design is a service mark of Western Union Holdings, Inc. Payable at Wells Fargo Bank Grand Junction - Downtown, N.A., Grand Junction, Colorado

⑆102100400⑆ 400853296839361⑈

SCREENED OUT SEP 29 200

SCREENED OUT OCT 06 2006

# EXHIBIT J

REPORT ID: [illegible]

CAL A 0602524

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIPATRIA STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

RECEIVED CAL APPEALS SEP 29 2006

RECEIVED CAL APPEALS OCT 06 2005

FOR THE PERIOD: MAY 01, 2005 THRU [illegible]

ACCOUNT NUMBER : J25333 BED/CELL NUMBER: FA01000
ACCOUNT NAME : [illegible] ACCOUNT TYPE: I
PRIVILEGE GROUP: A

RECEIVED CAL APPEALS OCT 06 2006

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS |
|---|---|---|---|---|---|---|
| 05/01/2005 | | BEGINNING BALANCE | | | | |
| 05/04 | D554 | INMATE PAYROL | 04/05 | 5838 | 13.12 | |
| 05/11 | W213 | FEDERAL FILIN | 1421/06011 | | | 2.62 |
| 05/11 | W220 | STATE FILING | 15606/6015 | | | 2.62 |
| 06/03 | D554 | INMATE PAYROL | 05/01 | 6478 | 8.72 | |
| 06/03 | W512 | LEGAL POSTAGE | 5/12 | 6510 | | 8.40 |
| 06/06 | FC01 | DRAW-FAC 1 | A1 | 6520 | | 4.72 |
| 06/16 | W213 | FEDERAL FILIN | 1421/06804 | | | 1.74 |
| 06/16 | W220 | STATE FILING | 5606/06797 | | | 1.74 |
| 07/06 | D554 | INMATE PAYROL | 6/05 | 0063 | 10.16 | |
| 07/15 | W512 | LEGAL POSTAGE | 7/1 | 0289 | | 2.90 |
| 07/15 | W512 | LEGAL POSTAGE | 7/1 | 0289 | | 1.29 |
| 07/15 | W512 | LEGAL POSTAGE | 7/1 | 0289 | | 1.29 |
| 07/28 | W213 | FEDERAL FILIN | 1421/00547 | | | 2.03 |
| 07/28 | W220 | STATE FILING | 15606/0559 | | | 2.03 |
| 08/03 | D554 | INMATE PAYROL | 7/05 | 0625 | 8.40 | |
| 08/05 | W512 | LEGAL POSTAGE | 8/4 | 0686 | | 0.60 |
| 08/05 | W512 | LEGAL POSTAGE | 8/4 | 0686 | | 1.75 |
| 08/08 | W220 | STATE FILING | 15606/0722 | | | 1.68 |
| 08/08 | W213 | FEDERAL FILIN | 1421/0723 | | | 1.68 |
| 08/15 | W512 | LEGAL POSTAGE | 07/19 | 0873 | | 1.06 |
| 08/15 | W512 | LEGAL POSTAGE | 07/19 | 0873 | | 1.05 |
| 08/15 | W512 | LEGAL POSTAGE | 07/19 | 0873 | | 1.06 |
| 09/07 | D554 | INMATE PAYROL | 08/05 | 1269 | 6.80 | |
| 09/09 | W220 | STATE FILING | 15606/1342 | | | 1.36 |
| 09/09 | W213 | FEDERAL FILIN | 1421/01343 | | | 1.36 |
| 09/09 | W512 | LEGAL POSTAGE | 8/9 | 1351 | | 3.95 |
| 10/18 | W516 | LEGAL COPY CH | 09/14 | 2098 | | 0.20 |
| 11/15 | W516 | LEGAL COPY CH | 10/17 | 2657 | | 0.06 |
| | | ACTIVITY FOR 2006 | | | | |
| 04/27 | D310 | CHECK DEPOSIT | MR/ | 505780 | 2,021.51 | |
| 04/27 | D310 | CHECK DEPOSIT | MR/ | 505780 | 1,298.02 | |
| 04/27 | D300 | CASH DEPOSIT | MR/ | 505771 | 152.30 | |
| 04/27 | D300 | CASH DEPOSIT | MR/ | 505771 | 222.20 | |
| 04/27 | W213 | FEDERAL FILIN | 1421/05795 | | | 74.90 |
| 4/27 | W220 | STATE FILING | 15606/5796 | | | 74.90 |
| 4/28 | W512 | LEGAL POSTAGE | 4/29 | 5819 | | 0.63 |
| 4/28 | W512 | LEGAL POSTAGE | 4/26 | 5819 | | [illegible] |
| 5/01 | W513 | MISC. CHARGES | ENVEL | 5830 | | 0.30 |
| 5/01 | W516 | LEGAL COPY CH | 04/24 | 5832 | | 1.20 |
| 5/05 | D310 | CHECK DEPOSIT | MR/ | 505938 | [illegible] | |
| 5/05 | D310 | CHECK DEPOSIT | MR/ | 50593[illegible] | [illegible] | |
| 5/[illegible] | D300 | CASH DEPOSIT | MR/ | 505937 | 100.00 | |

SCREENED OUT OCT 06 2006

SCREENED OUT SEP 29 2006