| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|---|
| **CRIME / INCIDENT REPORT** <br> **PART C- STAFF REPORT** <br> CDCR 837-C (Rev. 07/05) | PAGE 6 OF 12 | INCIDENT LOG NUMBER <br> CAL-CEN-06-07-0244 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| WEITZEIL | P. | L. | 07/18/06 | 900 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
|  | ACCOUNTING CLERK II | 8 YR. 2 MO. | 07/20/06 | ACCOUNTING OFFICE |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | ☐ N/A |
|---|---|---|---|---|
| S/SU/H | 0800-1600 | Receiving Stolen Checks & Money Orders/Embezzlement | | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY <br> ☒ RESPONDER <br> ☐ WITNESS <br> ☐ VICTIM <br> ☐ CAMERA | S. CRITTENDON (S) | JANOE J25333/A1-150 |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | CHEMICAL AGENTS USE BY YOU |
|---|---|---|---|---|
| ☐ WEAPON <br> ☐ PHYSICAL <br> ☐ CHEMICAL <br> ☒ NONE | NO: <br> ☐ MINI-14 ___ <br> ☐ 9 MM ___ <br> ☐ 38 CAL ___ <br> ☐ SHOTGUN ___ | NO: TYPE: <br> ☐ 37MM ___ <br> ☐ 40 MM ___ <br> ☐ L8 ___ <br> ☐ 40 MULTI ___ <br> ☐ HFWRS <br> ☐ BATON | | TYPE: <br> ☐ OC ___ <br> ☐ CN ___ <br> ☐ CS ___ <br> ☐ OTHER: ___ |
| FORCE OBSERVED BY YOU <br> ☐ WEAPON <br> ☐ PHYSICAL <br> ☐ CHEMICAL <br> ☒ NONE | ☒ N/A | | | ☒ N/A |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES <br> ☐ NO | See Body of Report <br> ☐ N/A | See Body of Report <br> ☐ N/A | ☐ YES <br> ☒ NO | ☐ YES <br> ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES <br> ☒ NO | ☒ N/A | ☒ N/A | ☐ BODILY ☒ N/A <br> ☐ UNKNOWN <br> ☐ OTHER: ___ | ☐ YES <br> ☒ NO |

**NARRATIVE:**
On June 13, 2006 at approximately 0900 hours, while performing my duties as Accounting Clerk II in the Main Inmate Trust Account Office I was advised by Account Tech. W. Necuik and Account Clerk II G. Shepherd that they had discovered two (2) checks that appeared to be stolen for Inmate Janoe J25333/A1-150. I inspected the checks and noticed that the checks appeared to be altered in that Inmate Janoe's name and CDCR number appeared to be in a visibly bolder font and was written over another person's name.

Based on my experience and training, I confirmed the checks to be of a suspicious nature and I believed these checks to be stolen. Based on this knowledge Mr. Necuik contacted Security and Investigation (S&I) and relinquished custody of the checks to S&I Officer #5 V. Canada as evidence items on June 13, 2006.

On Wednesday, June 14, 2006, at approximately 1000 hours, S&I Officer #9 S. Crittendon notified Accounting Office personnel that he was investigating the theft of numerous checks being sent to Inmate Janoe's Trust Account by contacting Outside Law Enforcement Agencies and the companies, who generated the checks.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| [signature] | C/O | 176333 | 07/20/06 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| G. Stratton [signature] | 7/20/06 | ☒ YES ☐ NO | ☐ YES ☒ NO | |

Distribution:  Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

00175

RECEIVED CAL APPEALS SEP 29 2006

STATE OF CALIFORNIA
CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT  RECEIVED CAL APPEALS OCT 06 2006
CDCR 837-C1 (Rev. 07/05)

CAL  A  0602524
DEPARTMENT OF CORRECTIONS AND REHABILITATION

PAGE 7 OF 12

INCIDENT LOG NUMBER: CAL-CEN-06-07-0244

NAME: LAST: WEITZEIL   RECEIVED CAL APPEALS OCT 20 2006    FIRST: P.   MI: L.

TYPE OF INFORMATION:
[X] CONTINUATION OF REPORT   [ ] CLARIFICATION OF REPORT   [ ] ADDITIONAL INFORMATION

NARRATIVE:

I continued to maintain contact with S&I Officer Crittendon and was able to confirm through a review of Inmate Janoe's Trust Account that he had received approximately over $4,345.03 that was posted to his Trust Account beginning April 27, 2006. Inmate Janoe had Trust Account withdrawals totalling $529.52 in legal charges, filing fees, canteen, and personal aid to his mother as noted on the original Trust Account Withdrawal orders signed by Inmate Janoe.

It should be noted, upon further review of Inmate Janoe's Trust Account activity prior to receiving the first check on April 27, 2006 Inmate Janoe was indigent for approximately five to six months. Beginning in June 03, 2005 Inmate Janoe had not received any funds from the general public and had only received Inmate pay of approximately $10.00 monthly.

Numerous additional checks and money orders were received for Inmate Janoe's account, which were also of a suspicious nature and appeared to be stolen. These checks and money orders were turned over to S&I Officer Crittendon and not posted to his account pending the completion of Officer Crittendon's investigation. Refer to Officer Crittendon's report for detailed information regarding the amounts of each stolen checks and/or money orders.

On Thursday, July 13, 2006, at approximately 1430 hours Inmate Janoe's Trust Account funds were frozen at the request of S&I Lt. G. Stratton, who advised me that the investigation into Inmate Janoe's illegal activities had been completed. Lt. Stratton advised me that Officer Crittendon had confirmed that through his contacts the checks and money orders had been stolen.

As a result of Inmate Janoe's actions and involvement in this illegal activity the State of California and Calipatria State Prison has lost a total of approximately $529.52. If the charges were to be reversed or stop payments issue the State will still incur a loss, due to the services already being rendered.

This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF: [signature]   TITLE: C/O   BADGE #:    ID #: 176333   DATE: 07/20/06

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE): G Stratton   DATE RECEIVED: 7/20/06   APPROVED: [X] YES [ ] NO   CLARIFICATION NEEDED: [ ] YES [X] NO   DATE:

SCREENED OUT OCT 06 2006

Distribution: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

SCREENED OUT SEP 29 2006

00176

| STATE OF CALIFORNIA | | DEPARTMENT OF CORRECTIONS AND REHABILITATION |
|---|---|---|
| CRIME / INCIDENT REPORT<br>PART C - STAFF REPORT<br>CDCR 837-C (Rev. 07/05) | PAGE 8 OF 12 | INCIDENT LOG NUMBER<br>CAL-CEN-06-07-0244 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| CRITTENDON | S. | E. | 07/20/06 | 900 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 220243 | S&I | 6 YR. 6 MO. | 07/24/06 | FACILITY A PROGRAM |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE ☐ N/A |
|---|---|---|---|
| S/SU | 0800-1600 | THEFT | 3012 |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) | |
|---|---|---|---|
| ☒ PRIMARY | (S) CANADA V. | (S) JANOE, J25333 | A1-150L |
| ☐ RESPONDER | (S) WEITZEIL P. | | |
| ☐ WITNESS | | | |
| ☐ VICTIM | | | |
| ☐ CAMERA | | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | | CHEMICAL AGENTS USE BY YOU | |
|---|---|---|---|---|---|
| ☐ WEAPON | NO: | NO: | TYPE: | TYPE: | |
| ☐ PHYSICAL | ☐ MINI-14 ___ | ☐ 37MM ___ | | ☐ OC ___ | |
| ☐ CHEMICAL | ☐ 9 MM ___ | ☐ 40 MM ___ | | ☐ CN ___ | |
| ☒ NONE | ☐ 38 CAL ___ | ☐ L8 ___ | | ☐ CS ___ | |
| FORCE OBSERVED BY YOU | ☐ SHOTGUN ___ | ☐ 40 MULTI ___ | | ☐ OTHER: ___ | |
| ☐ WEAPON | | ☐ HFWRS | | | |
| ☐ PHYSICAL | ☒ N/A | ☐ BATON | | ☒ N/A | |
| ☐ CHEMICAL | | | | | |
| ☒ NONE | | | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | 5-ALTERED ORIGINAL CHECKS, 2-COPIES ALTERED MONEY ORDERS, 6-ENVELOPES | PLACED INTO EVIDENCE LOCKER LOCATED AT CENTRAL CONTROL | ☐ YES | ☐ YES |
| ☐ NO | ☐ N/A | ☐ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY  ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN<br>☐ OTHER: ___ | ☒ NO |

NARRATIVE:
On Thursday, July 20, 2006, Calipatria (CAL) Accounting Dept, Supervisor P. Weitzeil contacted the Security and Investigations Unit to report that, CAL's Accounting Dept. will infact suffer a loss in excess of $500.00 dollars, as a result of, numerous fraudulent checks mailed to Calipatria State Prison from Inmate Janoe's brother Brett Harvey Janoe, Post Office (PO) Box 651, Running Spring Ca.

On Tuesday June 13, 2006, at approximately 1000 hours, Security and Investigations (S&I) Officer #5 V. Canada received 3 separate original checks serial #146931907 for the amount of $5,190.87 and serial #146931908 for the amount of $5,727.19 from Calipatria State Prison (CAL) Accounting Dept, P. Weitzeil. CAL Accounting Dept. received the checks on May 17, 2006.

The checks were endorsed to J. Robert West MD Inc, P.O. Box 2150, Redlands Ca. 92373-0701 with Inmate Janoe, J25333/A1-150 name and CDCR number typed in bold letters and underlined underneath the original endorsee. National Heritage Insurance Company (NHIC) generated the checks.

☒ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF<br>S. Crint  S. CRITTENDON | TITLE<br>C.O. | BADGE #<br>60444/176230 | DATE<br>07/24/06 |
|---|---|---|---|
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE)<br>G. Scratton  G. Scott | DATE RECEIVED<br>7/24/06 | APPROVED  CLARIFICATION NEEDED<br>☒ YES ☐ NO    ☐ YES ☒ NO | DATE |

Distribution:   Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

| | | |
|---|---|---|
| STATE OF CALIFORNIA<br>CRIME / INCIDENT REPORT<br>PART C1 - SUPPLEMENT<br>CDCR 837-C1 (Rev. 07/05) | PAGE 9 OF 12 | CAL   A   0602524<br>DEPARTMENT OF CORRECTIONS AND REHABILITATION<br>INCIDENT LOG NUMBER<br>CAL-CEN-06-07-0244 |

Stamps: RECEIVED CAL APPEALS SEP 29 2006; RECEIVED CAL APPEALS OCT 06 2006; RECEIVED CAL APPEALS OCT 20 2006

| NAME: LAST | FIRST | MI |
|---|---|---|
| CRITTENDON | STANLEY | E. |

TYPE OF INFORMATION:
[X] CONTINUATION OF REPORT   [ ] CLARIFICATION OF REPORT   [ ] ADDITIONAL INFORMATION

NARRATIVE:
On June 23, 2006, (CAL) Accounting Dept Personnel reported that Inmate Janoe submitted a Trust Account Withdrawal Order dated, May 25, 2006 for the amount of $1100.00 dollars, for Financial Assistance to his mother Marilyn Janoe, P.O. Box 843, Rialto Ca. 92377. On June 20, 2006, at approximately 1130 hours, I conducted a cell search inside Inmate Janoe's cell and discovered the following 6 empty envelopes and placed them into evidence.

1. Envelope dated April 24, 2006 with a return address with the name Brett Janoe, P.O. Box 651, Running Springs, Ca. 92382 containing 2 money orders #47644617207 for the amount $222.20 and #08-488156874.
2. Envelope dated April 24, 2006 with a return address with the Initials B.J. 651, RS, Ca. 92382, with check #010006 for the amount of $2,021.51 with a hand written note from Brett Janoe telling his brother Inmate Janoe, "Let me know what you need!" "I'll send more money in a couple of days".
3. Envelope dated April 24, 2006 with a return address with the Initials B.J. 652, RS, Ca. 92382 with check #6872 for the amount of $1,298.02 with a hand written note of check amounts and balances from Inmate Janoe.
4. Envelope dated May 02, 2006 with a return address P.O. Box 651 R. S. Calif. 92382 containing 3 money orders #7-41909243, #47541474860 for the amount of $239.98, #48035015842.
5. Envelope dated May 02, 2006 with a return address P.O. Box 651 R.S. Calif. with checks #8164598 and #724788.
6. Envelope dated May 30, 2006 with no return address with check #206430 for the amount of $3,187.00 dollars written on it.

On Thursday, June 21, 2006, at approximately 1530 hours, San Bernardino Sheriff's Dept. Twin Peaks Detective Pelkey contacted this Institution. Detective Pelkey confirmed that Brett Harvey Janoe and 2 other suspects were arrested for a Burglary of a United States Post Office on May 31, 2006, and are currently in West Valley Detention Facility, located in San Bernardino Ca. (Report #050602045).

The Security and Investigations Unit discovered that 10 altered checks were mailed to Inmate Janoe, J25333/A1-150 from his brother, Brett H. Janoe, from April 27, 2006 through May 30, 2006.
Brett H. Janoe is currently in jail at West Valley Detention Facility, San Bernardino Sheriff's Dept., for Burglary. The Security & Investigations Unit was able to verify that 5 of the checks were confirmed stolen and 4 of the following checks were deposited into Janoe's trust account.

[X] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | ID # | DATE |
|---|---|---|---|---|
| S. Critt  S. CRITTENDON | C.O. | 60,444 | 176230 | 07/24/06 |
| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
| G. Stratton  G Stratton | 7/24/06 | [X] YES [ ] NO | [ ] YES [X] NO | |

Distribution: Original-Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor
Stamps: SCREENED OUT SEP 29 2006; SCREENED OUT OCT 06 2006

00178

| | |
|---|---|
| STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS AND REHABILITATION |

CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

PAGE 10 OF 12

INCIDENT LOG NUMBER
CAL-CEN-06-07-0244

NAME: LAST: CRITTENDON    FIRST: S.    MI: E.

TYPE OF INFORMATION:
[X] CONTINUATION OF REPORT   [ ] CLARIFICATION OF REPORT   [ ] ADDITIONAL INFORMATION

NARRATIVE:
$2,021.51, #010006 from Phoenix Millwork Distributors, Inc. deposited on 4-27-06.
$1,298.02, #6872 from Millwork Products, Inc. deposited on 4-27-06.
$222.20,  Money Order #47644617207 deposited on 4-27-06
$239.98,  Money Order #47541474860 deposited on 5-5-06
Total amount deposited: 3,771.71 dollars.

Inmate Janos current balance in his trust account is $4,345.03.

On July 3, 2006, CAL Accounting Dept. reported, since Janoe's deposits into his account from April 27, 2006 through May 30, 2006. The amount of $530.30 dollars was withdrawn from the account prior to CAL Accounting's discovery of the altered checks.

A check of Janoe's Trust Account Statement prior to the deposits on April 27, 2006 clearly indicated a zero balance.

On July 5, 2006, CAL Accounting received another Inmate Trust Withdrawal Order, dated June 6, 2006 from Inmate Janoe for the amount of $350.00 dollars for the purpose of filing fees to the United States District Court for Civil Rights Complaint. The original envelope and withdrawal form were placed into evidence.

This concludes this report.

[X] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF: S. Crittendon   TITLE: C/O   BADGE #: 60,444   ID #: 176230   DATE: 07/24/06
NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE): G. Stratton   DATE RECEIVED: 7/24/06   APPROVED: [X] YES [ ] NO   CLARIFICATION NEEDED: [ ] YES [X] NO   DATE:

Distribution: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

00179

RECEIVED CAL APPEALS SEP 29 2006     CAL   A   0602524

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS AND REHABILITATION
CRIME / INCIDENT REPORT
PART C - STAFF REPORT   APPEALS OCT 06 2006
CDCR 837-C (Rev. 07/05)

| | |
|---|---|
| PAGE 1(?) OF 12 | INCIDENT LOG NUMBER: CAL-CEN-06-07-0244 |

| NAME: LAST | FIRST | MI | DATE OF INCIDENT | TIME OF INCIDENT |
|---|---|---|---|---|
| CANADA (RECEIVED CAL APPEALS OCT 20 2006) | | C. | 07/18/06 | 900 |

| POST # | POSITION | YEARS OF SERVICE | DATE OF REPORT | LOCATION OF INCIDENT |
|---|---|---|---|---|
| 220245 | S&I #5 | 9 YR. 11 MO. | 07/20/06 | Accounting Office A Facility |

| RDO's | DUTY HOURS | DESCRIPTION OF CRIME / INCIDENT | CCR SECTION / RULE | N/A |
|---|---|---|---|---|
| S/SU/H | 0800-1600 | Receiving Stolen Checks & Money Orders/Embezzlement | | |

| YOUR ROLE | WITNESSES (PREFACE S-STAFF, V-VISITOR, O-OTHER) | INMATES (PREFACE S-SUSPECT, V-VICTIM, W-WITNESS) |
|---|---|---|
| ☐ PRIMARY | S. CRITTENDON (S) | JANOE J25333/A1-150 |
| ☒ RESPONDER | | |
| ☐ WITNESS | | |
| ☐ VICTIM | | |
| ☐ CAMERA | | |

| FORCE USED BY YOU | WEAPONS AND SHOTS FIRED BY YOU | | CHEMICAL AGENTS USE BY YOU |
|---|---|---|---|
| ☐ WEAPON | NO: ☐ MINI-14 | NO: ☐ 37MM TYPE: | TYPE: ☐ OC |
| ☐ PHYSICAL | ☐ 9 MM | ☐ 40 MM | ☐ CN |
| ☐ CHEMICAL | ☐ 38 CAL | ☐ L8 | ☐ CS |
| ☒ NONE | ☐ SHOTGUN | ☐ 40 MULTI | ☐ OTHER: |
| FORCE OBSERVED BY YOU | | ☐ HFWRS | |
| ☐ WEAPON | ☒ N/A | ☐ BATON | ☒ N/A |
| ☐ PHYSICAL | | | |
| ☐ CHEMICAL | | | |
| ☒ NONE | | | |

| EVIDENCE COLLECTED BY YOU | EVIDENCE DESCRIPTION | EVIDENCE DISPOSITION | BIO HAZARD | PPE |
|---|---|---|---|---|
| ☒ YES | See Body of Report | See Body of Report | ☐ YES | ☐ YES |
| ☐ NO | ☐ N/A | ☐ N/A | ☒ NO | ☒ NO |

| REPORTING STAFF INJURED | DESCRIPTION OF INJURY | LOCATION TREATED (HOSPITAL / CLINIC) | FLUID EXPOSURE | SCIF 3301 / 3067 COMPLETED |
|---|---|---|---|---|
| ☐ YES | | | ☐ BODILY ☒ N/A | ☐ YES |
| ☒ NO | ☒ N/A | ☒ N/A | ☐ UNKNOWN ☐ OTHER: | ☒ NO |

**NARRATIVE:**
On Tuesday, June 13, 2006 at approximately 1000 hours, while performing my duties as Security and Investigations (S&I) Officer #5 I received two (2) separate envelopes addressed to Inmate Bobby Janoe J25333/A1-150 from the Inmate Trust Account Tech. W. Necuik. The first letter contained two (2) separate checks entitled "Medicare Payment", both made out to J. Robert West MD Inc. P.O. Box 2150 Redlands, CA 92373-0701 and to Bobby Janoe #J25333 in a visibly bolder font, (see attached copies). The first check serial number was #146931908 made in the amount of $5,190.87 and the second check serial number was #146931907 made in the amount of $5,727.19. The second envelope contained a letter dated "5-16-06" and a third check from East Valley Water District" written to "Bobby Janoe #J25333" PO Box 5069 San Bernardino, CA 92412-5069. It should be noted Inmate Janoe's name is in a visibly bolder font and appears to be written over another person's name. The serial number is 206430 and made in the amount of $3,187.00. The envelopes of both the first and second check were postmarked San Bernardino May 17, 2006.

☐ CHECK IF NARRATIVE IS CONTINUED ON PART C1

| SIGNATURE OF REPORTING STAFF | TITLE | BADGE # | DATE |
|---|---|---|---|
| /s/ | C/O | 55139/176276 | 07/20/06 |

| NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE) | DATE RECEIVED | APPROVED | CLARIFICATION NEEDED | DATE |
|---|---|---|---|---|
| G. Stratton / /s/ | 7/20/06 | ☒ YES ☐ NO | ☐ YES ☒ NO | |

Distribution:   Original: Incident Package    Copy: Reporting Employee    Copy: Reviewing Supervisor

SCREENED OUT    OCT 06 2006

00180

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION

CRIME / INCIDENT REPORT
PART C1- SUPPLEMENT
CDCR 837-C1 (Rev. 07/05)

PAGE 12 OF 12

INCIDENT LOG NUMBER: CAL-CEN-06-07-0244

NAME: LAST: CANADA
FIRST: V.
MI:

TYPE OF INFORMATION:
[X] CONTINUATION OF REPORT
[ ] CLARIFICATION OF REPORT
[ ] ADDITIONAL INFORMATION

NARRATIVE:

The return address for both envelopes was: "B Box 651 R.S., Ca 92382".

I placed the original envelopes, three (3) checks, and the letter into evidence locker #10 at Central Control. A copy of this report was turned over to S&I Officer S. Crittendon as part of an ongoing investigation into illegal activities by Inmate Janoe.

On Tuesday, July 14, 2006, at approximately 0800, while performing my duties as Security & Investigations (S&I) Officer #5, I received two (2) additional checks addressed to Inmate Bobby Janoe J25333/A1-150 had been confiscated from the Inmate Trust Account Office (see attached copies). The two (2) additional checks appeared to be stolen checks, which relate to an investigation conducted by CAL Security and Investigation during which Inmate Janoe was identified as receiving stolen checks. The envelope containing the two checks was addressed to: "Bobby Janoe J25333 Unit A1-150 P.O. Box 5002 Calipatria Calif 92233 enclosed $287.67, 86.00, $373.67 enjoy BRO". The post date was July 12, 2006 from San Bernardino and return address was: "Robert Box 1707 S.B. Ca 92408".

The first check was a money order from Continental Express Money Order Company Inc. serial #57-42718592 made in the amount of $287.67 made payable to "Bobby Janoe Acc# J25333". The check was typed out, however the information was hand written in visibly bolder black ink.

The second check was a "Western Union" money order Serial #08-532968393 made in the amount of $86.00 made payable to "Bobby Janoe J25333". The check was typed out, however the information was hand written in visibly bolder black ink.

It should be noted, earlier stolen checks received by Inmate Janoe contained similar hand writing covering up the true intended recipients name and personal information.

I placed the original envelope and two (2) money orders into evidence locker #10 at Central Control. A copy of this report was turned over to S&I Officer S. Crittendon as part of an ongoing investigation into illegal activities by Inmate Janoe.

This concludes my report.

[ ] CHECK IF NARRATIVE IS CONTINUED ON ADDITIONAL C1

SIGNATURE OF REPORTING STAFF: [signature]
TITLE: C/O
BADGE #: 55,139
ID #: 176276
DATE: 07/20/06

NAME AND TITLE OF REVIEWER (PRINT / SIGNATURE): G. Stratton / G. Stratton Lt.
DATE RECEIVED: 7/20/06
APPROVED: [X] YES [ ] NO
CLARIFICATION NEEDED: [ ] YES [X] NO
DATE:

Distribution: Original: Incident Package   Copy: Reporting Employee   Copy: Reviewing Supervisor

00181

# EXHIBIT

F

STATE OF CALIFORNIA

# SERIOUS RULES VIOLATION REPORT

DEPARTMENT OF CORRECTIONS

CDC: CAL A 00002524

| CDC NUMBER | INMATE'S NAME | VIOLATED RULE NO(S). | DATE | INSTITUTION | LOG NO. |
|---|---|---|---|---|---|
| J-2... | JAROE | | 7/5/06 | CSP-CAL | 07-06-A-005 |

RECEIVED CAL APPEALS SEP 2 5 2006
RECEIVED CAL APPEALS SEP 2 9 2006

REFERRAL FOR FELONY PROSECUTION IS LIKELY IN THIS INCIDENT  ☒ YES  ☐ NO

## POSTPONEMENT OF DISCIPLINARY HEARING

☑ I DO NOT REQUEST my hearing be postponed pending outcome of referral for prosecution. — INMATE'S SIGNATURE ▶ X [signature] — DATE 7-12-06

☐ I REQUEST my hearing be postponed pending outcome of referral for prosecution. — INMATE'S SIGNATURE ▶ — DATE

RECEIVED CAL APPEALS OCT 06 2006

DATE NOTICE OF OUTCOME RECEIVED — DISPOSITION

RECEIVED CAL APPEALS OCT 20 2006

☐ I REVOKE my request for postponement. — INMATE'S SIGNATURE ▶ — DATE

## STAFF ASSISTANT

STAFF ASSISTANT
☐ REQUESTED  ☐ WAIVED BY INMATE
☐ ASSIGNED — DATE — NAME OF STAFF
☐ NOT ASSIGNED — REASON

INMATE'S SIGNATURE ▶ — DATE

## INVESTIGATIVE EMPLOYEE

INVESTIGATIVE EMPLOYEE
☐ REQUESTED  ☐ WAIVED BY INMATE
☒ ASSIGNED — DATE 7-12-06 — NAME OF STAFF N Mejia
☐ NOT ASSIGNED — REASON

INMATE'S SIGNATURE ▶ — DATE

EVIDENCE / INFORMATION REQUESTED BY INMATE:

## WITNESSES

WITNESSES REQUESTED AT HEARING (IF NOT PRESENT, EXPLAIN IN FINDINGS)
☐ REPORTING EMPLOYEE  ☐ STAFF ASSISTANT  ☐ INVESTIGATIVE EMPLOYEE  ☐ OTHER _____  ☐ NONE

| WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED | WITNESSES (GIVE NAME AND TITLE OR CDC NUMBER) | GRANTED | NOT GRANTED |
|---|---|---|---|---|---|
| | ☐ | ☐ | | ☐ | ☐ |
| | ☐ | ☐ | | ☐ | ☐ |

INVESTIGATIVE REPORT: Investigative Employees must interview the inmate charged, the reporting employee, and any others who have significant information, documenting the testimony of each person interviewed. Review of files, procedures, and other documents may also be necessary.

SCREENED OUT  OCT 06 2006

INVESTIGATOR'S SIGNATURE — DATE

☐ COPY OF CDC 115-A GIVEN INMATE — BY: (STAFF'S SIGNATURE) SEP 25 2006 — TIME — DATE

SCREENED OUT

CDC 115-A (7/88)   SCREENED OUT   SEP 29 2006

— *If additional space is required use supplemental pages* —

00183

STATE OF CALIFORNIA  
RULES VIOLATION REPORT - PART C                                     DEPARTMENT OF CORRECTIONS  
                                                                                             PAGE 2 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☒ HEARING   ☐ IE REPORT   ☐ OTHER

On Friday, August 4, 2006, at approximately 1505 hours, Inmate JANOE, CDC# J-25333, appeared before me for adjudication of this Rules Violation Report (RVR). I introduced myself as the Senior Hearing Official (SHO) for this disciplinary hearing and explained the hearing rules and procedures. Inmate JANOE stated that he was in good health, and acknowledged receipt of all reports 24 hours prior to this hearing and was ready to proceed with this hearing. All time constraints and due processes *have* been met. Inmate JANOE acknowledged receipt of all reports and/or pertinent documents more than twenty-four (24) hours in advance of the hearing as required per CCR §3320 (c)(2. Inmate JANOE *is not* a participant in the Mental Health Services Delivery System (MHSDS), Disability Placement Program (DPP), or the Developmental Disability Program (DPP). Inmate JANOE *does not* appear on the Testing Literacy Report as having a TABE score of 4.0 or below.

**STAFF ASSISTANT:** A Staff Assistant was not assigned: per §3315(d) (2).

**INVESTIGATIVE EMPLOYEE:** An Investigative Employee was not assigned per §3315(d) (1).

Inmate JANOE requested that his hearing *not be* postponed pending resolution of possible referral to the District Attorney's office for criminal prosecution as indicated by his signature on the CDC Form 115-A..

**INMATE'S PLEA:** The charges were read to Inmate JANOE, and he plead "**NOT GUILTY.**"

**INMATE'S STATEMENT:** Inmate JANOE made the following statement:

"I have not seen my brother in over twenty years. The last time I saw him he stole property from me and my mom and then he disappeared. I am surmising that he took it and sold it for money, now this is twenty years later. I have been down for Fifteen years. So out of the blue, my other brother "Brian Scott" just happened to run into Brent's former wife. I do not know her name, but they said lets go talk to Brent. I do not know what they were talking about, but I'm guessing that Brent told Brian that I was in prison. Brent tells him that I am doing good and he stated that I will shoot him some funds. That basically the end of there meeting and he left with Brent's former wife"

Brent went to see our mom and she is mad because he stole property from her.

Inmate stated that he had three (3) typed declarations from his mother, his brother Brian Scott and his own declaration.

The SHO elected to review the declarations submitted the sworn declarations as Inmate Janoe's continued statement

**WITNESSES:** Inmate chose not to have witnesses at this hearing.

(Continued on CDC-115 RVR Part C)

| | SIGNATURE OF WRITER<br>J. Sigler, Correctional Lieutenant | DATE SIGNED<br>8/4/06 | |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature)<br>J. Olivarez | DATE SIGNED<br>8/24/06 | TIME SIGNED<br>2000 |

CDC 115-C (5/95)

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS PAGE 3 OF 12 |
|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C | | | | |
| CDC NUMBER J-25333 | INMATE'S NAME JANOE | LOG NUMBER 07-06-A-005 | INSTITUTION CSP-CAL-IV | TODAY'S DATE 08/04/06 |
| ☐ SUPPLEMENTAL | ☐ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☐ HEARING   ☐ IE REPORT | ☐ OTHER ___ |

RECEIVED CAL APPEALS OCT 20 2006

Declaration submitted by Inmate Janoe, for one Brian Scott Janoe which states in part"

1. I do have personal knowledge of the facts stated herein, of Bret Harvey Janoe contacting Bobby Shawn Janoe in the months of April to May 2006, and could testify to there truth if called as a witness.

2. Approximately the second week of April 2006, I ran into Bret's former wife by accident. I had not seen Bret in approximately twenty years. Bret's former wife took me to see Bret. Upon meeting Bret, he stated to me that he was doing good and staying out of trouble. Bret asked about Bobby Shawn Janoe, as how he was doing. Bret was distressed to learn Bobby Shawn Janoe was in prison at Calipatria state Prison. Bret stated that he would try and send Bobby Shawn Janoe some funds when he could.

3. To be honest, I did not believe Bret's comments as we talked. But I wanted to believe he had changed for the better and gave him the benefit of the doubt, as to there truthfulness.

Declaration submitted by Inmate Janoe, for one Marilyn Janoe which states in part:

1. I do have personal knowledge of the facts stated herein, of Bret Harvey Janoe contacting Bobby Shawn Janoe in the months of April to May 2006, and could testify to there truth if called as a witness.

3. Approximately the third (third) week of April 2006 as I spoke to Bobby Shawn Janoe on the telephone, I mentioned that Brian had seen Bret and Bret said he was doing good and would try to send him some funds when he got a chance. Bobby Shawn Janoe was skeptical of Bret and really did not want to talk about Bret, as Bret had stolen his property twenty years earlier.

Declaration submitted by Inmate Janoe which states in part:

1. I do have personal knowledge of the facts stated herein and could testify to there truth if called as a witness.

2. Approximately the third (third) week of April 2006, I was talking with my mother, Marilyn Janoe, on the telephone. She mentioned that my brother Brian Scott Janoe had ran into Bret Harvey Janoe's former wife by accident; that brian went to visit with Bret; that Bret stated he was doing good; that Bret was distressed to learn Bobby Shawn Janoe was in prison at Calipatria State Prison; that Bret stated he would try to send some funds when he could.

3. I was skeptical about the news of Bret, and did not want to talk about Bret, as he had stolen my property about twenty years earlier and did disappear.

(Continued on CDC-115 RVR Part C)

| | SIGNATURE OF WRITER J. Sigler, Correctional Lieutenant | DATE SIGNED 8/4/06 |
|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) J. Olivarez | DATE SIGNED 8/24/06   TIME SIGNED 2000 |

CDC 115-C (5/95)   OSP 99 25082

00185

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C  OCT 20 2006 | | | | PAGE 4 OF 12 |
| CDC NUMBER J-25333 | INMATE'S NAME JANOE | LOG NUMBER 07-06-A-005 | INSTITUTION CSP-CAL-IV | TODAY'S DATE 08/04/06 |

☐ SUPPLEMENTAL  ☐ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☐ IE REPORT  ☐ OTHER____

4. Approximately the last week of April 2006, I received two envelopes with no letters in them, but there was numerical writing on the outside of the envelope and some other writing about obtaining a attorney for me. I had no ideal what was going on since I had not spoken to Bret in twenty years. I thought Bret was feeling guilty about stealing my property twenty years earlier and was trying to make amends by sending funds.

5. I wrote Bret and thanked him for the funds and told him not to give any funds to an attorney until he had spoken to me prior.

6. Approximately May 3, 2006, I turned in a trust account withdrawal form order to counselor Nava, for 99.00 dollars to my mother for financial aid.

7. I turned in a ducat for 75.00 dollars to go to canteen.

8. Approximately the 4th or 5th of May 2006, I received three more envelopes from Bret, with no letters inside, but with some numerical writing on the outside of the envelopes.

9. I wrote Bret once again thanking him for the funds and asked him what is going on.

10. Approximately May 24, 2006, I turned in a trust account withdrawal order to counselor Nava for 1,100.00 to my mother for financial aid.

11. I cannot remember when, but I did receive another envelope from Bret with some numerical writing on the outside of the envelope, but no letter inside.

12. Approximately June 19, 2006 the security and investigations unit rushed to my assigned cell in the am. They threw my property all over the cell and proceeded to confiscate every piece of paper in the cell; all letters; phone books; and photos. I asked Officer Canada what the problem was, but he refused to respond. I was escorted back to my assigned cell after the search was completed.

13. Approximately June 20, 2006, Officer Crittendon and Sergeant Rutledge returned all of my property, minus the six envelopes I had received from Bret. Officer Crittendon asked me to sign the Cell/Locker search receipt, to acknowledge they confiscated the six envelopes I had received from Bret and I did. I asked Officer Crittendon what was going on, but he refused to even discuss the matter at all. I asked Sergeant Rutledge what was going on, but he too refused to discuss the matter at all.

14. Approximately June 28, 2006 I turned in a trust account withdrawal order to counselor Nava for 350.00 dollars to the federal court in San Diego California.

15. I turned in a ducat for 50.00 dollars to go to canteen.

(Continued on CDC-115 RVR Part C)

| | SIGNATURE OF WRITER J. Sigler, Correctional Lieutenant | DATE SIGNED 8/4/06 |
|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) S. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |

CDC 115-C (5/95)

00186

CAL  A 0602524

| STATE OF CALIFORNIA | | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C  OCT 2 0 2006 | | | | | PAGE 5 OF 12 |
| CDC NUMBER J-25333 | INMATE'S NAME JANOE | | LOG NUMBER 07-06-A-005 | INSTITUTION CSP-CAL-IV | TODAY'S DATE 08/04/06 |
| ☐ SUPPLEMENTAL | ☐ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER |

16. Approximately July 5, 2006 I turned in a trust account withdrawal order to counselor Nava for 100.00 dollars to go to the Superior Court in El Centro California.

17. Approximately July 10, 2006 I spoke to a counselor in 1 building about my trust, as my trust account withdrawals were not being processed.

18. Approximately July 11, 2006 I requested Officer Rodriguez to contact the trust account office to see what the problem was with my trust account. I spoke with Miss Weitceil in the trust account office, who stated that Lieutenant Stratton had put a freeze on the withdrawal of any funds from my account.

19. Approximately July 12, 2006 I was called to the program office on A-Yard, wherein facility Captain Nelson and Lieutenant Stratton informed me that I was being issued a Serious Rules Violation (115) for possession of stolen property and check fraud.

20. Approximately July 13, 2006, I typed a letter to Miss Weitceil, making a request that a notation be placed on my account, so that no personal checks be accepted for placement onto to my trust account ever again.

21. Approximately July 14, 2006 I received a copy of my trust account activity, wherein funds were being withdrawn from my account.

22. Approximately July 16 2006 I typed a letter to Miss Weitceil in the trust account office, explaining that funds were being withdrawn from my account and that those funds were ill gotten and no one could lay claim to those funds until the fraud investigation was completed.

Inmate Janoe stated that that there was no evidence that he had knowledge that the checks being deposited into his account were stolen.

Inmate Janoe inquired about the mail room procedure for processing monies and asked if staff were trained to identify altered checks. Inmate Janoe was advised that most mail is processed via a sorting machine. Envelopes are opened and if a check or money order is present the amount and type is notated on the outside of the envelope and forwarder to accounting for processing.

In review of the envelopes recovered from Inmate Janoes' cell, the SHO believes that Inmate Janoe knew that his brother "Bret" was depositing large amounts of funds into his account in a very short period of time. As documented on the attached Inmate Trust Account print out on the date of April 27, 2006, $3,694.21 dollars were deposited into his account by Bret Janoe. However, Inmate Janoe stated in his declaration #3 "I was skeptical about the news of Bret, and did not want to talk about Bret, as he had stolen my property about twenty years earlier and did disappear

Within an eight day period, Inmate Janoe had a combined total of $4,909.53 dollars placed into his trust account from a brother that he has identified as having once stolen personal property from him, yet claims that he had no knowledge that the funds being deposited were illegally obtained

(Continued on CDC-115 RVR Part C)

| | SIGNATURE OF WRITER J. Sigler, Correctional Lieutenant | DATE SIGNED 8/4/06 |
|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) J. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |

CDC 115-C (5/95)

CAL   A   0602524

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS  
RULES VIOLATION REPORT - PART C  
PAGE 6 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL  ☐ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☐ IE REPORT  ☐ OTHER_____

**FINDINGS:** Inmate JANOE found "Guilty" of violating CCR, Section §3012 for the specific act of "POSSESSION OF A STOLEN PROPERTY AND CHECK FRAUD." This finding was based on a preponderance of evidence submitted at the hearing, which is considered valid and does substantiate the charge. The evidence includes:

Information contained in incident package # CAL-CEN-06-07-0244, CDC-837 authored by Correctional Officer S. Crittendon dated July 11, 2006, CDC-837 supplemental authored by Correctional Office V. Cananda, CDC-837 authored by Accounting Clerk II P. Weitzeil, CDC-115C, Supplemental Report authored by G. Shepherd, 2nd CDC-115 supplemental report authored by Correctional Office V. Cananda and Seventeen (17) photocopies of evidence collected and/or recovered form Inmate Janoe's cell.

1) The Reporting Employee's written Report, Which States: On Wednesday, July 5, 2006, Security and Investigations Unit concluded its investigation into numerous' altered checks received at Calipatria State prison (CAL) for Inmate Janoe (J-25333, A1-150).

On Tuesday, June 13, 2006, at approximately 1000 hours, Security and Investigations (S&I) Officer #5 V. Canada received 2 separate original checks serial #146931907 for the amount of **$5,727.19** and serial #146931908 for the amount of **$5,190.87** from Calipatria State Prison (CAL) Inmate Trust Account Office Personnel. CAL Accounting Office received the checks on May 17, 2006 via United State Postal Services.

The checks were endorsed for payment to J. Robert West MD Inc, P.O. Box 2150, Redlands Ca. 92373-0701 with Inmate Janoe, J25333/A1-150 name and CDCR number typed in bold letters and underlined underneath the original endorsee. National Heritage Insurance Company (NHIC) generated the checks.

The third (3rd) check serial **#206430** was generated by East Valley Water District (EVWD), P.O. Box 3427 San Bernardino Ca, for the amount of **$3.187.00** with a hand written letter enclosed, dated 5-16-06 from Brett Janoe.

CAL Accounting Office received the checks on May 17, 2006. The checks are endorsed to Inmate Janoe, J25333, by typing in bold letters over the original endorsee name. A hand written 2-page letter, dated 5-16-06 was also enclosed with check #206430 and stated the following: The hand written letter indicated that "Bret Janoe" has a court case coming up next month and he needs to raise **$300,000.00 dollars** to fight his case from the streets.

Bret's homeboy (unknown at this time) enclosed **$5,000 dollars** for you (Referring to Inmate Janoe) plus another $5,000.00 dollars. Bret tells (Inmate Janoe) once it clears his account, take half of it and send the other half (**$5,000.00 dollars**) back to him in a State of California check. (See attached)

On June 23, 2006, (CAL) Accounting Dept Personnel reported that Inmate Janoe submitted a Trust Account Withdrawal Order dated, May 25, 2006 for the amount of **$1100.00** dollars, for Financial Assistance to his mother Marilyn Janoe, P.O. Box 843, Rialto Ca. 92377. (See attached copy of Janoe's Inmate Trust Withdrawal Form) On June 20, 2006, at approximately 1130 hours, I conducted a cell search inside Inmate Janoe's cell and discovered the following 6 empty envelopes. (See attached copies of envelopes)

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 9/4/06 |

| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) S. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |

CDC 115-C (5/95)

00188

Case 3:08-cv-00420-JLS-POR   Document 12-9   Filed 07/11/2008   Page 15 of 15

CAL A 0602524

| STATE OF CALIFORNIA RECEIVED CAL APPEALS OCT 20 2006 | DEPARTMENT OF CORRECTIONS |
|---|---|
| RULES VIOLATION REPORT - PART C | PAGE 7 OF 12 |

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL  ☐ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☐ IE REPORT  ☐ OTHER____

1. Envelope dated April 24, 2006 with a return address with the name Brett Janoe, P.O. Box 651, Running Springs, Ca. 92382 containing 2 money orders #47644617207 and #08-488156874 for a combined total in the amount of **$222.20**.

2. Envelope dated April 24, 2006 with a return address with the Initials B.J., 651, RS, Ca. 92382, with check **#010006 for the amount of $2,021.51** with a hand written note from Brett Janoe telling his brother Inmate Janoe, *"Let me know what you need!"* *"I'll send more money in a couple of days"*.

3. Envelope dated April 24, 2006 with a return address with the Initials B.J. 652, RS, Ca. 92382 with check **#6872 for the amount of $1,298.02** with a hand written note of check amounts and balances from Inmate Janoe.

(4. Envelope dated May 02, 2006 with a return address P.O. Box 651 R. S. Calif. 92382 containing 3 money orders #7-41909243, **#47541474860 for the amount of $239.98**, #48035015842.

5. Envelope dated May 02, 2006 with a return address P.O. Box 651 R.S. Calif. with checks #8164598 and #724788.

6. Envelope dated May 30, 2006 with no return address with check #206430 for the amount of **$3,187.00 dollars** written on it.

On Thursday, June 21, 2006, at approximately 1530 hours, San Bernardino Sheriff's Dept. Twin Peaks Detective Pelkey called. Detective Pelkey confirmed that Bret Harvey Janoe and 2 other suspects were arrested for a Burglary of a United States Post Office on May 31, 2006, and are currently in West Valley Detention Facility, located in San Bernardino Ca. (Report #050602045).

The Security and Investigations Unit discovered that 10 altered checks were mailed to Inmate Janoe, J25333/A1-150 from his brother, Brett H. Janoe, from April 27, 2006 through May 30, 2006.

Brett H. Janoe is currently in custody at the West Valley Detention Facility, San Bernardino Sheriff's Dept., for Burglary. The Security & Investigations Unit was able to verify that 5 of the checks were confirmed stolen and 4 of the following checks were deposited into Janoe's trust account. (See attached copies of Trust Account Statement).

1. $2,021.51, #010006 from Phoenix Millwork Distributors, Inc. deposited on 4-27-06.
2. $1,298.02, #6872 from Millwork Products, Inc. deposited on 4-27-06.
3. $222.20, Stater Bros. Inc, Money Order #47644617207 deposited on 4-27-06
4. $239.98, Travelers Express, Money Order #47541474860

The total amount deposited in Janoe's Inmate Trust account totals some **$3,771.71 dollars**

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4/06 |

| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) J. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |
|---|---|---|---|

CDC 115-C (5/95)

00189