CAL  A 0602524

STATE OF CALIFORNIA  RECEIVED CAL APPEALS OCT 20 2006

DEPARTMENT OF CORRECTIONS
PAGE 8 OF 12

**RULES VIOLATION REPORT - PART C**

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL  ☐ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☐ HEARING  ☐ IE REPORT  ☐ OTHER_____

Inmate Janoe's current balance in his trust account is **$4,345.03**.

Although Inmate Janoe wasn't in a position to view the incoming checks, Inmate Janoe received monthly statements from the Calipatria Accounting Dept, indicating deposits to his account had been made, which would have given him knowledge of his account activities and current funds balance available.

On July 3, 2006, CAL Accounting Dept. reported, Janoe's deposits into his account from April 27, 2006 through May 30, 2006 was approximately $4,909.53 dollars.

A cash withdrawal in the amount of $530.30 dollars was withdrawn from the account prior to CAL Accounting's discovery of the altered checks.
A review of Janoe's Trust Account Statement and activity prior to the $2,021.51 dollar deposits on April 27, 2006 clearly indicated an available <u>zero</u> balance.

2) CDC-837, Crime Incident Report authored by Officer Canada, Security and Investigations Officer #5 which states in part: "On Tuesday, June 13, 2006, at approximately 1000 hours, while performing my duties as Security & Investigations (S&I) Officer #5, I received two (2) separate envelopes addressed to Inmate Bobby Janoe J25333/A1-150 from the Inmate Trust Account Office Technician W. Neciuk. The first letter contained two (2) separate checks entitled "Medicare Payment", both made out to J. Robert West MD Inc. P.O. Box 2150 Redlands, CA 92373-0701 and to Bobby Janoe #J25333 in a visibly bolder font, (see attached copies).
The first check serial number was #146931908 made in the amount of $5,190.87 and the second check serial number was #146931907 made in the amount of $5,727.19. The second envelope contained a letter dated "5-16-06" and a third check from East Valley Water District" written to "Bobby Janoe #J25333" PO Box 5069 San Bernardino, CA 92412-5069. It should be noted Inmate Janoe's name is in a visibly bolder font and appears to be written over another person's name. The serial number is 206430 and made in the amount of $3,187.00. The envelopes of both the first and second check were postmarked San Bernardino May 17, 2006. The return address for both envelopes was:

"B"
Box 651
R.S., Ca 92382"

I advised S&I Sergeant (Sgt.) S. Rutledge of the information and placed the original envelopes, three (3) checks, and the letter into evidence locker #10 at Central Control. A copy of this report was turned over to S&I Officer S. Crittendon as part of an ongoing investigation into illegal activities by Inmate Janoe.

Security and Investigations at Calipatria State Prison will continue to monitor the activities of the inmates whose names appear in this report. Their involvement in illegal activities should be closely monitored and documented when new information is discovered.

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4/06 |

| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) S. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |
|---|---|---|---|

CDC 115-C (5/95)

00190

CAL    A 0602524

STATE OF CALIFORNIA    RECEIVED CAL APPEALS  OCT 20 2006    DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C    PAGE 9 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☒ HEARING   ☐ IE REPORT   ☐ OTHER____

It should be noted that the information contained in this report was originally deemed Confidential in nature due to an on going investigation. Due to the completion of the investigation it has been reclassified as non-Confidential, (refer to Memorandum #IUR 06-026, dated June 14, 2006, authored by S&I Officer S. Crittendon).

The information on this report does meet the criteria for reliability per CCR Title 15, Section 3321 (c) (4):
Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.

I request a copy of this report be placed in the General Section of Inmate Janoe's J25333 Central File.

3) 2nd CDC-837, Crime Incident Report authored by V. Canada, Security and Investigations Officer #5, which states: "On Friday, July 14, 2006, at approximately at approximately 0800 hours, while performing my duties as Security and Investigations (S&I) Officer #5, I was advised by S&I Sergeant (Sgt) Rutledge that two (2) additional money orders serial #57-42718592 for the amount of $287.67 dollars and serial #08-532968393 for the amount of $86.00 dollars addressed to Bobby Janoe (J-25333, A1-150) had been confiscated from Calipatria State Prison (CAL) Inmate Trust Account Office Personnel. CAL Accounting Office received the checks on July 12, 2006 via United State Postal Services. The two (2) additional money orders appeared to be stolen checks, which relate to an investigation conducted by CAL Security and Investigations Officer S. Crittedon completed on July 5, 2006, during which Inmate Janoe was identified as receiving stolen checks.

The envelope containing the (2) two money orders were addressed to:

"Bobby Janoe J-25333
Unit A1-150
P.O. Box 5002
Calipatria, Calif. 92233
Enclosed $287.67
$86.00
$373.67
Enjoy Bro"

The post date on the envelope is July 12, 2006 from San Bernardino and the return address is:
"Robert"
Box 1707
S.B. Ca 92408

The first money order confiscated was from Continental Express" Money Order Company Inc. serial #57-42718592 for the amount of $287.67 dollars made payable to "Bobby Janoe, Account # J-25333". The money order was typed out, however the information was hand written in visibly bolder black ink similar to the previous checks determined to be stolen.

(Continued on CDC-115 RVR Part C)

| | SIGNATURE OF WRITER J. Sigler, Correctional Lieutenant | DATE SIGNED 8/4/06 | |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) S. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |

CDC 115-C (5/95)    OSP 99 25082

00191

CAL   A 0602524

STATE OF CALIFORNIA  RECEIVED CAL APPEALS OCT 2 0 2006
DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C
PAGE 10 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☒ HEARING   ☐ IE REPORT   ☐ OTHER____

The second money order confiscated was from "Western Union" Money Order Company Inc. serial #08-532968393, for the amount of $86.00 dollars made payable to "Bobby Janoe, Account # J-25333". The money order was typed out, however the information was hand written in visibly bolder black ink similar to the previous checks determined to be stolen.

It should be noted that earlier checks and money orders received by Inmate Janoe contained similar handwriting covering up the true intended recipients name and personal information were determined to be stolen.
I placed the original envelope and the (2) two money orders into evidence locker number #5 located in Central Control. A copy of this report is being submitted as a supplemental report to the ongoing investigation into illegal activities by Inmate Janoe.

S&I at Calipatria State Prison will continue to monitor the activities of those inmates whose names appear in this report. Their involvement in illegal activities should be closely monitored and documented when new information is discovered.

4) CDC-837, Crime Incident Report authored by P. Weitzeil, Accounting Clerk II which states in part: "On June 13, 2006, at approximately 0900 hours, while performing my duties as Accounting Clerk II in the main Inmate Trust Account Office, I was advised by Account Tech. W. Necuik and account Clerk II G. Shepherd that they had discovered two (2) checks that appeared to be stolen for Inmate Janoe (J-25333, A1-150L). I inspected the checks and noticed that the checks appeared to be altered in that Inmate Janoe's name and CDCR number, appeared to be in a visibly bolder font and was written over another person's name.

Based on my experience and training, I confirmed the checks to be of a suspicious nature and I believed these checks to be stolen.

I continued to maintain contact with S&I Officer Crittendon and was able to confirm through a review of Inmate Janoe's Trust Account that he had received approximately (over) $4,345.03 that was posted to his Trust Account beginning April 27, 2006. Inmate Janoe had Trust Account withdrawals totaling $529.52 in legal charges, filing fees, canteen and personal aid to his mother as noted on the original Trust Account Withdrawal orders signed by Inmate Janoe.

On Thursday, July 13, 2006, at approximately 1430 hours, Inmate Janoe's Trust Account Funds were frozen at the request of S&I Lt. G. Stratton, who advised me that the investigation into Inmate Janoe's illegal activities had been completed. Lt. Stratton advised me that Officer Crittendon had confirmed that through his contacts the checks and money orders had been stolen.

As a result of Inmate Janoe's actions and involvement in this illegal activity the State of California and Calipatria State prison has lost a total of approximately $529.00(52). If the charges were to be reversed or stop payments issue(ed), the State would still incur a loss due to the services already being rendered.

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4/06 |

| | | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|---|
| X | COPY OF CDC 115-C GIVEN TO INMATE | J. Olivarez | 8/24/06 | 2000 |

CDC 115-C (5/95)


OSP 99 25082

00192

CAL  A  0602524

STATE OF CALIFORNIA  
DEPARTMENT OF CORRECTIONS  
RULES VIOLATION REPORT - PART C  
PAGE 11 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL  ☐ CONTINUATION OF:  ☐ 115 CIRCUMSTANCES  ☒ HEARING  ☐ IE REPORT  ☐ OTHER____

5) CDC-115C, Supplemental Report authored by G. Shepherd which states: "On, May 17, 2006 at approximately 1000 hours, while performing my duties processing monies received from the institutional mail room, I discovered that check(s) serial #146931907 for the amount of $5,727.19 and check serial #146931908 for the amount of $5,190.87 appeared to have been altered. Calipatria State Prison (CAL) Inmate Trust Account Office Personnel received the checks via the institutional mail. I notified Security and Investigations (S&I) Officer #5 V. Canada that I had received, 2 original checks serial #146931907 for the amount of $5,727.19 and check serial #146931908 for the amount of $5,190.87 endorsed for payment to a J. Robert West MD Inc, P.O. Box 2150, Redlands Ca. 92373-0701 and below the physician's name typed in bold letters and underlined, was Inmate Janoe, J25333/A1-150, underneath the original endorsee. Both checks were generated by National Heritage Insurance Company (NHIC) for Medicare Payment. On Tuesday, June 13, 2006, at approximately 1000 hours, I relinquished the checks to Squad Officer Canada.

6) Five (5) of the checks listed below were confirmed stolen by the Security & Investigations Units, 4 of the following checks and/or money orders were deposited into Janoe's trust account.

1. Deposit of $2,021.51, #010006 from Phoenix Millwork Distributors, Inc.
2. Deposit of $1,298.02, #6872 from Millwork Products, Inc.
3. Deposit of $222.20, "Stater Bros. Inc", Money Order #47644617207.
4. Deposit of $239.98, Travelers Express, Money Order #47541474860.
5. Deposit of $111.72, from an unknown source at this time.
6. Deposit of $100.00, from an unknown source at this time.
7. Deposit of $530.98, from an unknown source at this time.
8. Deposit of $152.30, from an unknown source at this time.
10. Deposit of check # 8164598, $225.74, from an unknown source at this time.
11. Deposit of check # 7247788, $503.98, from an unknown source at this time.
12. Check serial #146931907 for the amount of $5,727.19
13. Check serial #146931908 for the amount of $5,190.87
14. Check serial # 206430 for the amount of $3,187.00
15. Handwritten latter dated 5/16/06. (2 pages)
16. CDC-193 Trust Account Withdrawal Order dated May 25, 2006 for the amount of $1100.00 signed by Inmate Janoe and noted and dated 5/29/06 by a CC1 staff member.
17. Six (6) enveloped addressed to Inmate Janoe notating items #1 through #11 listed above as being enclosed.
18. Handwritten calculations of amounts received recovered from Inmate Janoe's cell by S&I Officer Crittendon on June 20, 2006.
19. CDC Inmate Trust Account Activity report for Inmate Janoe (J-25333). (2 pages)
20. Memorandum dated June 13, 2006, authored by V. Canada, Security and Investigations.

———(Continued on CDC-115 RVR Part C)———

| | SIGNATURE OF WRITER<br>J. Sigler, Correctional Lieutenant | DATE SIGNED<br>8/4/06 | |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature)<br>S. Olivarez  J. OL- | DATE SIGNED<br>8/24/06 | TIME SIGNED<br>2000 |

CDC 115-C (5/95)                                                                 OSP 99 25082

00193

CAL   A 0602524

| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|---|
| RULES VIOLATION REPORT - PART C    OCT 2 0 2006 | | | | PAGE 12 OF 12 |
| CDC NUMBER J-25333 | INMATE'S NAME JANOE | LOG NUMBER 07-06-A-005 | INSTITUTION CSP-CAL-IV | TODAY'S DATE 08/04/06 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☒ HEARING   ☐ IE REPORT   ☐ OTHER____

DISPOSITION: Inmate JANOE was assessed:

One Hundred and Fifty (150) days Forfeiture of Credits consistent with a Division "B" Offence.
Ninety (90) day's loss of phones starting August 4, 2006 and ending on November 3, 2006.
Ten (10) days loss of Yard starting, August 4, 2006 and ending August 13, 2006.
Ninety (90) day's temporary placement in privilege group "C" §3044 (f) (1) (B), starting on August 4, 2006 and to be released on November 3, 2006.
Inmate Trust Withdrawal Order in the amount Five-Hundred and twenty-nine dollars and 52 cents $529.52 reimbursement for loss of State funds.

Based on the above findings the SHO is recommending that the remaining balance of $3,816.41 currently in Inmate Janoe' Inmate Trust Account be placed into evidence pending referral to the Imperial Valley District Attorney for prosecution.

Inmate JANOE was counseled & reprimanded regarding (current offence) & advised of future program expectations.

Inmate JANOE was notified as to CCR §3327(a), **Non Restoration of Forfeited Credits, {Division "B" Offences}**.

Inmate JANOE was advised of his rights to appeal the findings and/or disposition of the hearing, pursuant to CCR §3084.1 and CCR §3312 (b) (1) and advised he would receive a completed copy of this hearing report upon final audit by the Chief Disciplinary Officer (CDO) whose review and signature affirms, reverses, or modifies this disciplinary action and constitutes the First Level of Review for appeal purposes.

| ☒ COPY OF CDC 115-C GIVEN TO INMATE | SIGNATURE OF WRITER J. Sigler, Correctional Lieutenant | DATE SIGNED 8/4/12 | |
|---|---|---|---|
| | GIVEN BY: (Staff's Signature) S. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |

CDC 115-C (5/95)

00194

CAL   A   0602524

RECEIVED CAL APPEALS OCT 2 0 2006

STATE OF CALIFORNIA
CDC - 193 (1/88)

DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

Date AUGUST 4 20 06

To: Warden          Approved [signature]

I hereby request that my Trust Account be charged $ 529.52 for the purpose stated below and authorize the withdrawal of that sum from my account:

J. 25333
NUMBER

NAME (Signature please, DO NOT PRINT)

State below the PURPOSE for which withdrawal is requested (do not use this form for Canteen or Hobby purchase).

PRINT PLAINLY BELOW name and address of person to whom check is to be mailed.

PURPOSE DISPOSITION OF RVR
07-06-A-005 FOR
LOSS OF FUNDS INCURRED
BY CDCR

NAME

ADDRESS

BOBBY JAJOR
PRINT YOUR FULL NAME HERE

00195

# EXHIBIT

G


RECEIVED CAL APPEALS SEP 29 2006



SCREENED OUT   OCT 06 2006
SCREENED OUT   SEP 29 2006

00197



RECEIVED CAL APPEALS SEP 29 2006
RECEIVED CAL APPEALS OCT 06 2006

51316

CK# 8164598
$225.74
LL
51316
CK# 729788
$503.98
LL

30 days to process

BOBBY JANOE # J 25333
UNIT-A-1-150
PO BOX 5002
CALIPATRIA, CALIF 92233

A-1-50

CK# 51316
CK# 206630
$3,187.00
30 days to process

FOR: BOBBY JANOE #J25333
UNIT-A-1-150
PO BOX 5002
CALIPATRIA, CALIF
92333

SCREENED OUT   OCT 06 2006
SCREENED OUT   SEP 29 2006

00198

SCREENED OUT SEP 29 2006
SCREENED OUT OCT 06 2006
RECEIVED CAL APPEALS OCT 20 2005
RECEIVED CAL APPEALS SEP 29 2006

Envelope 1 (postmarked SAN BERNARDINO CA 924 3¢T 02 MAY 2006 PM):
Return address: BOBBY JANOE # J 25333
UNIT A-1-150
PO BOX 5002
CALIPATRIA, CALIF 92233

Envelope 2 (postmarked SAN BERNARDINO CA 92423± 24 APR 2005 PM):
Return address: Bobby Janoe
# J-25-333
unit A-1-150
Calipatria Calif
92233

Stamp: PERSONAL CHECK HAS BEEN ACCEPTED AT PERSONAL CHECK AND BEEN TRANSFERRED TO THIS PERSONAL CHECK AT THE BANK AND NOT TO CDC TRUST ACCOUNT.

A 0602524
00199

