CAL    A   0602524

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C    OCT 20 2005

DEPARTMENT OF CORRECTIONS
PAGE 4 OF 12

| CDC NUMBER J-25333 | INMATE'S NAME JANOE | LOG NUMBER 07-06-A-005 | INSTITUTION CSP-CAL-IV | TODAY'S DATE 08/04/06 |
|---|---|---|---|---|

☐ SUPPLEMENTAL    ☐ CONTINUATION OF:    ☐ 115 CIRCUMSTANCES    ☐ HEARING    ☐ IE REPORT    ☐ OTHER_____

4. Approximately the last week of April 2006, I received two envelopes with no letters in them, but there was numerical writing on the outside of the envelope and some other writing about obtaining a attorney for me. I had no ideal what was going on since I had not spoken to Bret in twenty years. I thought Bret was feeling guilty about stealing my property twenty years earlier and was trying to make amends by sending funds.

5. I wrote Bret and thanked him for the funds and told him not to give any funds to an attorney until he had spoken to me prior.

6. Approximately May 3, 2006, I turned in a trust account withdrawal form order to counselor Nava, for 99. 00 dollars to my mother for financial aid.

7. I turned in a ducat for 75.00 dollars to go to canteen.

8. Approximately the 4th or 5th of May 2006, I received three more envelopes from Bret, with no letters inside, but with some numerical writing on the outside of the envelopes.

9. I wrote Bret once again thanking him for the funds and asked him what is going on.

10. Approximately May 24, 2006, I turned in a trust account withdrawal order to counselor Nava for 1,100.00 to my mother for financial aid.

11. I cannot remember when, but I did receive another envelope from Bret with some numerical writing on the outside of the envelope, but no letter inside.

12. Approximately June 19, 2006 the security and investigations unit rushed to my assigned cell in the am. They threw my property all over the cell and proceeded to confiscate every piece of paper in the cell; all letters; phone books; and photos. I asked Officer Canada what the problem was, but he refused to respond. I was escorted back to my assigned cell after the search was completed.

13. Approximately June 20, 2006, Officer Crittendon and Sergeant Rutledge returned all of my property, minus the six envelopes I had received from Bret. Officer Crittendon asked me to sign the Cell/Locker search receipt, to acknowledge they confiscated the six envelopes I had received from Bret and I did. I asked Officer Crittendon what was going on, but he refused to even discuss the matter at all. I asked Sergeant Rutledge what was going on, but he too refused to discuss the matter at all.

14. Approximately June 28, 2006 I turned in a trust account withdrawal order to counselor Nava for 350.00 dollars to the federal court in San Diego California.

15. I turned in a ducat for 50.00 dollars to go to canteen.

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER J. Sigler, Correctional Lieutenant | DATE SIGNED 8/4/06 |
|---|---|
| GIVEN BY: (Staff's Signature) S. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |

☒ COPY OF CDC 115-C GIVEN TO INMATE

00280

CDC 115-C (5/95)

CAL   A  0602524

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C   OCT 2 0 2005                                          PAGE 5 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

| ☐ SUPPLEMENTAL | ☐ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER_____ |
|---|---|---|---|---|---|

16. Approximately July 5, 2006 I turned in a trust account withdrawal order to counselor Nava for 100.00 dollars to go to the Superior Court in El Centro California.

17.  Approximately July 10, 2006 I spoke to a counselor in 1 building about my trust, as my trust account withdrawals were not being processed.

18.  Approximately July 11, 2006 I requested Officer Rodriguez to contact the trust account office to see what the problem was with my trust account.  I spoke with Miss Weitceil in the trust account office, who stated that Lieutenant Stratton had put a freeze on the withdrawal of any funds from my account.

19.  Approximately July 12, 2006 I was called to the program office on A-Yard, wherein facility Captain Nelson and Lieutenant Stratton informed me that I was being issued a Serious Rules Violation (115) for possession of stolen property and check fraud.

20. Approximately July 13, 2006, I typed a letter to Miss Weitceil, making a request that a notation be placed on my account, so that no personal checks be accepted for placement onto to my trust account ever again.

21. Approximately July 14, 2006 I received a copy of my trust account activity, wherein funds were being withdrawn from my account.

22. Approximately July 16 2006 I typed a letter to Miss Weitceil in the trust account office, explaining that funds were being withdrawn from my account and that those funds were ill gotten and no one could lay claim to those funds until the fraud investigation was completed.

Inmate Janoe stated that that there was no evidence that he had knowledge that the checks being deposited into his account were stolen.

Inmate Janoe inquired about the mail room procedure for processing monies and asked if staff were trained to identify altered checks.  Inmate Janoe was advised that most mail is processed via a sorting machine.  Envelopes are opened and if a check or money order is present the amount and type is notated on the outside of the envelope and forwarder to accounting for processing.

In review of the envelopes recovered from Inmate Janoes' cell, the SHO believes that Inmate Janoe knew that his brother "Bret" was depositing large amounts of funds into his account in a very short period of time.  As documented on the attached Inmate Trust Account print out on the date of April 27, 2006, $3,694.21 dollars were deposited into his account by Bret Janoe. However, Inmate Janoe stated in his declaration #3 "I was skeptical about the news of Bret, and did not want to talk about Bret, as he had stolen my property about twenty years earlier and did disappear

Within an eight day period, Inmate Janoe had a combined total of $4,909.53 dollars placed into his trust account from a brother that he has identified as having once stolen personal property from him, yet claims that he had no knowledge that the funds being deposited were illegally obtained

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4/06 |

| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| | S. Olivarez | 8/24/06 | 2000 |

CDC 115-C (5/95)

00281

CAL    A   0602524

STATE OF CALIFORNIA                                   DEPARTMENT OF CORRECTIONS

**RULES VIOLATION REPORT - PART C**                           PAGE 6 OF 12

| CDC NUMBER J-25333 | INMATE'S NAME: JANOE | LOG NUMBER 07-06-A-005 | INSTITUTION CSP-CAL-IV | TODAY'S DATE 08/04/06 |
|---|---|---|---|---|

☐ SUPPLEMENTAL    ☐ CONTINUATION OF:    ☐ 115 CIRCUMSTANCES    ☐ HEARING    ☐ IE REPORT    ☐ OTHER____

**FINDINGS:** Inmate JANOE found "Guilty" of violating CCR, Section §3012 for the specific act of "POSSESSION OF A STOLEN PROPERTY AND CHECK FRAUD." This finding was based on a preponderance of evidence submitted at the hearing, which is considered valid and does substantiate the charge. The evidence includes:

Information contained in incident package # CAL-CEN-06-07-0244, CDC-837 authored by Correctional Officer S. Crittendon dated July 11, 2006, CDC-837 supplemental authored by Correctional Office V. Cananda, CDC-837 authored by Accounting Clerk II P. Weitzeil, CDC-115C, Supplemental Report authored by G. Shepherd, 2nd CDC-115 supplemental report authored by Correctional Office V. Cananda and Seventeen (17) photocopies of evidence collected and/or recovered form Inmate Janoe's cell.

1) The Reporting Employee's written Report, Which States: On Wednesday, July 5, 2006, Security and Investigations Unit concluded its investigation into numerous' altered checks received at Calipatria State prison (CAL) for Inmate Janoe (J-25333, A1-150).

On Tuesday, June 13, 2006, at approximately 1000 hours, Security and Investigations (S&I) Officer #5 V. Canada received 2 separate original checks serial #146931907 for the amount of $5,727.19 and serial #146931908 for the amount of $5,190.87 from Calipatria State Prison (CAL) Inmate Trust Account Office Personnel. CAL Accounting Office received the checks on May 17, 2006 via United State Postal Services.

The checks were endorsed for payment to J. Robert West MD Inc, P.O. Box 2150, Redlands Ca. 92373-0701 with Inmate Janoe, J25333/A1-150 name and CDCR number typed in bold letters and underlined underneath the original endorsee. National Heritage Insurance Company (NHIC) generated the checks.

The third (3rd) check serial #206430 was generated by East Valley Water District (EVWD), P.O. Box 3427 San Bernardino Ca, for the amount of $3.187.00 with a hand written letter enclosed, dated 5-16-06 from Brett Janoe.

CAL Accounting Office received the checks on May 17, 2006. The checks are endorsed to Inmate Janoe, J25333, by typing in bold letters over the original endorsee name. A hand written 2-page letter, dated 5-16-06 was also enclosed with check #206430 and stated the following: The hand written letter indicated that "Bret Janoe" has a court case coming up next month and he needs to raise $300,000.00 dollars to fight his case from the streets.

Bret's homeboy (unknown at this time) enclosed $5,000 dollars for you (Referring to Inmate Janoe) plus another $5,000.00 dollars. Bret tells (Inmate Janoe) once it clears his account, take half of it and send the other half ($5,000.00 dollars) back to him in a State of California check. (See attached)

On June 23, 2006, (CAL) Accounting Dept Personnel reported that Inmate Janoe submitted a Trust Account Withdrawal Order dated, May 25, 2006 for the amount of $1100.00 dollars, for Financial Assistance to his mother Marilyn Janoe, P.O. Box 843, Rialto Ca. 92377. (See attached copy of Janoe's Inmate Trust Withdrawal Form) On June 20, 2006, at approximately 1130 hours, I conducted a cell search inside Inmate Janoe's cell and discovered the following 6 empty envelopes. (See attached copies of envelopes)

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER J. Sigler, Correctional Lieutenant | DATE SIGNED 8/4/06 |
|---|---|
| GIVEN BY: (Staff's Signature) S. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2000 |

☒ COPY OF CDC 115-C GIVEN TO INMATE

CAL    A 0602524

STATE OF CALIFORNIA   RECEIVED CAL APPEALS   OCT 2 0 2006

**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS
PAGE 7 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL   ☐ CONTINUATION OF:   ☐ 115 CIRCUMSTANCES   ☐ HEARING   ☐ IE REPORT   ☐ OTHER

1. Envelope dated April 24, 2006 with a return address with the name Brett Janoe, P.O. Box 651, Running Springs, Ca. 92382 containing 2 money orders #47644617207 and #08-488156874 for a combined total in the amount of $222.20.

2. Envelope dated April 24, 2006 with a return address with the Initials B.J., 651, RS, Ca. 92382, with check #010006 for the amount of $2,021.51 with a hand written note from Brett Janoe telling his brother Inmate Janoe, *"Let me know what you need!" "I'll send more money in a couple of days"*.

3. Envelope dated April 24, 2006 with a return address with the Initials B.J. 652, RS, Ca. 92382 with check #6872 for the amount of $1,298.02 with a hand written note of check amounts and balances from Inmate Janoe.

(4. Envelope dated May 02, 2006 with a return address P.O. Box 651 R. S. Calif. 92382 containing 3 money orders #7-41909243, #47541474860 for the amount of $239.98, #48035015842.

5. Envelope dated May 02, 2006 with a return address P.O. Box 651 R.S. Calif. with checks #8164598 and #724788.

6. Envelope dated May 30, 2006 with no return address with check #206430 for the amount of $3,187.00 dollars written on it.

On Thursday, June 21, 2006, at approximately 1530 hours, San Bernardino Sheriff's Dept. Twin Peaks Detective Pelkey called. Detective Pelkey confirmed that Bret Harvey Janoe and 2 other suspects were arrested for a Burglary of a United States Post Office on May 31, 2006, and are currently in West Valley Detention Facility, located in San Bernardino Ca. (Report #050602045).

The Security and Investigations Unit discovered that 10 altered checks were mailed to Inmate Janoe, J25333/A1-150 from his brother, Brett H. Janoe, from April 27, 2006 through May 30, 2006.

Brett H. Janoe is currently in custody at the West Valley Detention Facility, San Bernardino Sheriff's Dept., for Burglary. The Security & Investigations Unit was able to verify that 5 of the checks were confirmed stolen and 4 of the following checks were deposited into Janoe's trust account. (See attached copies of Trust Account Statement).

1. **$2,021.51**, #010006 from Phoenix Millwork Distributors, Inc. deposited on 4-27-06.
2. **$1,298.02**, #6872 from Millwork Products, Inc. deposited on 4-27-06.
3. **$222.20**, Stater Bros. Inc, Money Order #47644617207 deposited on 4-27-06
4. **$239.98**, Travelers Express, Money Order #47541474860

The total amount deposited in Janoe's Inmate Trust account totals some $3,771.71 **dollars**

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4/06 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| J. Olivarez | 8/24/06 | 2000 |

☒ COPY OF CDC 115-C GIVEN TO INMATE

CDC 115-C (5/95)

00283

RECEIVED CAL APPEALS OCT 2 0 2006

STATE OF CALIFORNIA
**RULES VIOLATION REPORT - PART C**

CAL   A 0602524

DEPARTMENT OF CORRECTIONS
PAGE 8 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

| ☐ SUPPLEMENTAL | ☐ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☐ HEARING | ☐ IE REPORT | ☐ OTHER_____ |
|---|---|---|---|---|---|

Inmate Janoe's current balance in his trust account is $4,345.03.

Although Inmate Janoe wasn't in a position to view the incoming checks, Inmate Janoe received monthly statements from the Calipatria Accounting Dept, indicating deposits to his account had been made, which would have given him knowledge of his account activities and current funds balance available.

On July 3, 2006, CAL Accounting Dept. reported, Janoe's deposits into his account from April 27, 2006 through May 30, 2006 was approximately $4,909.53 dollars.

A cash withdrawal in the amount of $530.30 dollars was withdrawn from the account prior to CAL Accounting's discovery of the altered checks.
A review of Janoe's Trust Account Statement and activity prior to the $2,021.51 dollar deposits on April 27, 2006 clearly indicated an available zero balance.

2) CDC-837, Crime Incident Report authored by Officer Canada, Security and Investigations Officer #5 which states in part: "On Tuesday, June 13, 2006, at approximately 1000 hours, while performing my duties as Security & Investigations (S&I) Officer #5, I received two (2) separate envelopes addressed to Inmate Bobby Janoe J25333/A1-150 from the Inmate Trust Account Office Technician W. Neciuk. The first letter contained two (2) separate checks entitled "Medicare Payment", both made out to J. Robert West MD Inc. P.O. Box 2150 Redlands, CA 92373-0701 and to Bobby Janoe #J25333 in a visibly bolder font, (see attached copies).
The first check serial number was #146931908 made in the amount of $5,190.87 and the second check serial number was #146931907 made in the amount of $5,727.19. The second envelope contained a letter dated "5-16-06" and a third check from East Valley Water District" written to "Bobby Janoe #J25333" PO Box 5069 San Bernardino, CA 92412-5069. It should be noted Inmate Janoe's name in a visibly bolder font and appears to be written over another person's name. The serial number is 206430 and made in the amount of $3,187.00. The envelopes of both the first and second check were postmarked San Bernardino May 17, 2006. The return address for both envelopes was:

"B"
Box 651
R.S., Ca 92382"

I advised S&I Sergeant (Sgt.) S. Rutledge of the information and placed the original envelopes, three (3) checks, and the letter into evidence locker #10 at Central Control. A copy of this report was turned over to S&I Officer S. Crittendon as part of an ongoing investigation into illegal activities by Inmate Janoe.

Security and Investigations at Calipatria State Prison will continue to monitor the activities of the inmates whose names appear in this report. Their involvement in illegal activities should be closely monitored and documented when new information is discovered.

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4/06 |

| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | S. Olivarez | 8/24/06 | 2000 |

CDC 115-C (5/95)

00284

CAL   **A** 0602524

STATE OF CALIFORNIA RECEIVED CAL APPEALS OCT 2 0 2006

DEPARTMENT OF CORRECTIONS
PAGE 9 OF 12

## RULES VIOLATION REPORT - PART C

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

| SUPPLEMENTAL | CONTINUATION OF: | 115 CIRCUMSTANCES | XX HEARING | IE REPORT | OTHER_____ |
|---|---|---|---|---|---|

It should be noted that the information contained in this report was originally deemed Confidential in nature due to an on going investigation. Due to the completion of the investigation it has been reclassified as non-Confidential, (refer to Memorandum #IUR 06-026, dated June 14, 2006, authored by S&I Officer S. Crittendon).

The information on this report does meet the criteria for reliability per CCR Title 15, Section 3321 (c) (4): Part of the information provided is corroborated through investigation or by information provided by non-confidential sources.

I request a copy of this report be placed in the General Section of Inmate Janoe's J25333 Central File.

3) 2nd CDC-837, Crime Incident Report authored by V. Canada, Security and Investigations Officer #5, which states: "On Friday, July 14, 2006, at approximately 0800 hours, while performing my duties as Security and Investigations (S&I) Officer #5, I was advised by S&I Sergeant (Sgt) Rutledge that two (2) additional money orders serial #57-42718592 for the amount of $287.67 dollars and serial #08-532968393 for the amount of $86.00 dollars addressed to Bobby Janoe (J-25333, A1-150) had been confiscated from Calipatria State Prison (CAL) Inmate Trust Account Office Personnel. CAL Accounting Office received the checks on July 12, 2006 via United State Postal Services. The two (2) additional money orders appeared to be stolen checks, which relate to an investigation conducted by CAL Security and Investigations Officer S. Crittedon completed on July 5, 2006, during which Inmate Janoe was identified as receiving stolen checks.

The envelope containing the (2) two money orders were addressed to:

"Bobby Janoe J-25333
Unit A1-150
P.O. Box 5002
Calipatria, Calif. 92233
Enclosed $287.67
$86.00
$373.67
Enjoy Bro"

The post date on the envelope is July 12, 2006 from San Bernardino and the return address is:
"Robert"
Box 1707
S.B. Ca 92408

The first money order confiscated was from Continental Express" Money Order Company Inc. serial #57-42718592 for the amount of $287.67 dollars made payable to "Bobby Janoe, Account # J-25333". The money order was typed out, however the information was hand written in visibly bolder black ink similar to the previous checks determined to be stolen.

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4 06 |

| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
|---|---|---|---|
| [X] COPY OF CDC 115-C GIVEN TO INMATE | S. Olivarez | 8/24/06 | 2000 |

CDC 115-C (5/95)

CAL     A     0602524

RECEIVED CAL APPEALS  OCT 2 0 2005

STATE OF CALIFORNIA
RULES VIOLATION REPORT - PART C

DEPARTMENT OF CORRECTIONS
PAGE 10 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

| | SUPPLEMENTAL | | CONTINUATION OF: | | 115 CIRCUMSTANCES | XX | HEARING | | IE REPORT | | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|

The second money order confiscated was from "Western Union" Money Order Company Inc. serial #08-532968393 for the amount of **$86.00** dollars made payable to "Bobby Janoe, Account # J-25333". The money order was typed out, however the information was hand written in visibly bolder black ink similar to the previous checks determined to be stolen.

It should be noted that earlier checks and money orders received by Inmate Janoe contained similar handwriting covering up the true intended recipients name and personal information were determined to be stolen.
I placed the original envelope and the (2) two money orders into evidence locker number #5 located in Central Control. A copy of this report is being submitted as a supplemental report to the ongoing investigation into illegal activities by Inmate Janoe.

S&I at Calipatria State Prison will continue to monitor the activities of those inmates whose names appear in this report. Their involvement in illegal activities should be closely monitored and documented when new information is discovered.

4) CDC-837, Crime Incident Report authored by P. Weitzeil, Accounting Clerk II which states in part: "On June 13, 2006, at approximately 0900 hours, while performing my duties as Accounting Clerk II in the main Inmate Trust Account Office, I was advised by Account Tech. W. Necuik and account Clerk II G. Shepherd that they had discovered two (2) checks that appeared to be stolen for Inmate Janoe (J-25333, A1-150L). I inspected the checks and noticed that the checks appeared to be altered in that Inmate Janoe's name and CDCR number, appeared to be in a visibly bolder font and was written over another person's name.

Based on my experience and training, I confirmed the checks to be of a suspicious nature and I believed these checks to be stolen.

I continued to maintain contact with S&I Officer Crittendon and was able to confirm through a review of Inmate Janoe's Trust Account that he had received approximately (over) $4,345.03 that was posted to his Trust Account beginning April 27, 2006. Inmate Janoe had Trust Account withdrawals totaling $529.52 in legal charges, filing fees, canteen and personal aid to his mother as noted on the original Trust Account Withdrawal orders signed by Inmate Janoe.

On Thursday, July 13, 2006, at approximately 1430 hours, Inmate Janoe's Trust Account Funds were frozen at the request of S&I Lt. G. Stratton, who advised me that the investigation into Inmate Janoe's illegal activities had been completed. Lt. Stratton advised me that Officer Crittendon had confirmed that through his contacts the checks and money orders had been stolen.

As a result of Inmate Janoe's actions and involvement in this illegal activity the State of California and Calipatria State prison has lost a total of approximately $529.00(52). If the charges were to be reversed or stop payments issue(ed), the State would still incur a loss due to the services already being rendered.

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4/06 |
| GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| S. Olivarez | 8/24/06 | 2000 |

| X | COPY OF CDC 115-C GIVEN TO INMATE |
|---|---|

CDC 115-C (5/95)

00286

CAL A 0602524

STATE OF CALIFORNIA
**RULES VIOLATION REPORT - PART C**

DEPARTMENT OF CORRECTIONS
PAGE 11 OF 12

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|---|---|---|---|---|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

☐ SUPPLEMENTAL ☐ CONTINUATION OF: ☐ 115 CIRCUMSTANCES ☒ HEARING ☐ IE REPORT ☐ OTHER

5) CDC-115C, Supplemental Report authored by G. Shepherd which states: "On, May 17, 2006 at approximately 1000 hours, while performing my duties processing monies received from the institutional mail room, I discovered that check(s) serial #146931907 for the amount of $5,727.19 and check serial #146931908 for the amount of $5,190.87 appeared to have been altered. Calipatria State Prison (CAL) Inmate Trust Account Office Personnel received the checks via the institutional mail. I notified Security and Investigations (S&I) Officer #5 V. Canada that I had received, 2 original checks serial #146931907 for the amount of $5,727.19 and check serial #146931908 for the amount of $5,190.87 endorsed for payment to a J. Robert West MD Inc, P.O. Box 2150, Redlands Ca. 92373-0701 and below the physician's name typed in bold letters and underlined, was Inmate Janoe, J25333/A1-150, underneath the original endorsee. Both checks were generated by National Heritage Insurance Company (NHIC) for Medicare Payment. On Tuesday, June 13, 2006, at approximately 1000 hours, I relinquished the checks to Squad Officer Canada.

6) Five (5) of the checks listed below were confirmed stolen by the Security & Investigations Units, 4 of the following checks and/or money orders were deposited into Janoe's trust account.

1. Deposit of **$2,021.51**, #010006 from Phoenix Millwork Distributors, Inc.
2. Deposit of **$1,298.02**, #6872 from Millwork Products, Inc.
3. Deposit of **$222.20**, "Stater Bros. Inc", Money Order #47644617207.
4. Deposit of **$239.98**, Travelers Express, Money Order #47541474860.
5. Deposit of **$111.72**, from an unknown source at this time.
6. Deposit of **$100.00**, from an unknown source at this time.
7. Deposit of **$530.98**, from an unknown source at this time.
8. Deposit of **$152.30**, from an unknown source at this time.
10. Deposit of check # 8164598, **$225.74**, from an unknown source at this time.
11. Deposit of check # 7247788, **$503.98**, from an unknown source at this time.
12. Check serial #146931907 for the amount of **$5,727.19**
13. Check serial #146931908 for the amount of **$5,190.87**
14. Check serial # 206430 for the amount of **$3,187.00**
15. Handwritten latter dated 5/16/06. (2 pages)
16. CDC-193 Trust Account Withdrawal Order dated May 25, 2006 for the amount of **$1100.00** signed by Inmate Janoe and noted and dated 5/29/06 by a CC1 staff member.
17. Six (6) enveloped addressed to Inmate Janoe notating items #1 through #11 listed above as being enclosed.
18. Handwritten calculations of amounts received recovered from Inmate Janoe's cell by S&I Officer Crittendon on June 20, 2006.
19. CDC Inmate Trust Account Activity report for Inmate Janoe (J-25333). (2 pages)
20. Memorandum dated June 13, 2006, authored by V. Canada, Security and Investigations.

(Continued on CDC-115 RVR Part C)

| SIGNATURE OF WRITER | DATE SIGNED |
|---|---|
| J. Sigler, Correctional Lieutenant | 8/4/06 |

| ☒ COPY OF CDC 115-C GIVEN TO INMATE | GIVEN BY: (Staff's Signature) S. Olivarez | DATE SIGNED 8/24/06 | TIME SIGNED 2006 |

CDC 115-C (5/95)

00287

CAL   A  0602524

STATE OF CALIFORNIA                     ~~RECEIVED CAL APPEALS OCT 2 0 2005~~         DEPARTMENT OF CORRECTIONS
RULES VIOLATION REPORT - PART C                                                      PAGE _12_ OF _12_

| CDC NUMBER | INMATE'S NAME | LOG NUMBER | INSTITUTION | TODAY'S DATE |
|------------|--------------|------------|-------------|--------------|
| J-25333 | JANOE | 07-06-A-005 | CSP-CAL-IV | 08/04/06 |

| ☐ SUPPLEMENTAL | ☐ CONTINUATION OF: | ☐ 115 CIRCUMSTANCES | ☒ HEARING | ☐ IE REPORT | ☐ OTHER_____ |

DISPOSITION:  Inmate JANOE was assessed:

One Hundred and Fifty (150) days Forfeiture of Credits consistent with a Division "B" Offence.
Ninety (90) day's loss of phones starting August 4, 2006 and ending on November 3, 2006.
Ten (10) days loss of Yard starting, August 4, 2006 and ending August 13, 2006.
Ninety (90) day's temporary placement in privilege group "C" §3044 (f) (1) (B), starting on August 4, 2006 and to be released on November 3, 2006.
Inmate Trust Withdrawal Order in the amount Five-Hundred and twenty-nine dollars and 52 cents $529.52 reimbursement for **loss of State funds**.

Based on the above findings the SHO is recommending that the remaining balance of $3,816.41 currently in Inmate Janoe' Inmate Trust Account be placed into evidence pending referral to the Imperial Valley District Attorney for prosecution.

Inmate JANOE was counseled & reprimanded regarding (current offence) & advised of future program expectations.

Inmate JANOE was notified as to CCR §3327(a), **Non Restoration of Forfeited Credits, {Division "B" Offences}**.

Inmate JANOE was advised of his rights to appeal the findings and/or disposition of the hearing, pursuant to CCR §3084.1 and CCR §3312 (b) (1) and advised he would receive a completed copy of this hearing report upon final audit by the Chief Disciplinary Officer (CDO) whose review and signature affirms, reverses, or modifies this disciplinary action and constitutes the First Level of Review for appeal purposes.

| | | DATE SIGNED |
|---|---|---|
| SIGNATURE OF WRITER | J. Sigler, Correctional Lieutenant | 8/4/06 |
| | GIVEN BY: (Staff's Signature) | DATE SIGNED | TIME SIGNED |
| ☒ COPY OF CDC 115-C GIVEN TO INMATE | S. Olivarez | 8/24/06 | 2000 |

CDC 115-C (5/95)

CAL   A  0602524

RECEIVED CAL APPEALS OCT 2 0 2005

STATE OF CALIFORNIA
CDC - 193 (1/88)                                                    DEPARTMENT OF CORRECTIONS

# TRUST ACCOUNT WITHDRAWAL ORDER

To: Warden                    Approved                  Date AUGUST 4 20 06

I hereby request that my Trust Account be charged $ 529. 52 for the purpose stated below and authorize
the withdrawal of that sum from my account:

J. 25333
NUMBER

State below the PURPOSE for which withdrawal is requested        NAME (Signature please, DO NOT PRINT)
(do not use this form for Canteen or Hobby purchase).
                                                                PRINT PLAINLY BELOW name and address of person
                                                                to whom check is to be mailed.
PURPOSE DISPOSITION OF RVR

07-06-A-005  FOR                                                 NAME

LOSS OF FUNDS INCURED                                            ADDRESS

BY CDCR

                                                                BOBBY JAYE
                                                                PRINT YOUR FULL NAME HERE

00289

# EXHIBIT

G



RECEIVED CAL APPEALS SEP 2 9 2006

RECEIVED CAL APPEALS OCT 0 6 2006

SCREENED OUT    OCT 0 6 2006

SCREENED OUT    SEP 2 9 2006

00291



RECEIVED CAL APPEALS  SEP. 2 9 2006

RECEIVED CAL APPEALS  OCT  0 6 2006

5/3/6

Ck# 8164598
$ 225.74
Le
5/3/16
Ck# 729788
$ 503.98
Le

30 days
to process

Ck# 204630
$ 31,187.00
Le
30 days to process

BOBBY JANOE # 12533
UNIT-A-1-150
PO BOX 5002
CALIPATRIA, CALIF 92233

SAN BERNARDINO
CA 924-3 T
DE MAY 2006 PM

FOR:BOBBY JANOE#J25333
UNIT-A-1-160
PO BOX 5002
CALIPATRIA,CALIF
92333

SAN BERNARDINO
DE MAY 2006 PM

M-150

SCREENED OUT    OCT 0 6 2006

SCREENED OUT    SEP 2 9 2007

00292





CAL    A  0602524

RECEIVED CAL APPEALS  SEP 2 9 2006

RECEIVED CAL APPEALS  OCT 0 6 2006

RECEIVED CAL APPEALS  OCT 2 0 2006

THIS ENVELOPE IS RECYCLABLE AND MADE
WITH 30% POST-CONSUMER CONTENT.

SCREENED OUT    SEP 2 9 2006    SCREENED OUT    OCT 0 6 2006

00294

# EXHIBIT

H

00295



I/M COPIES

CAL  A 0602524

RECEIVED CAL APPEALS  SEP 29 2006

RECEIVED CAL APPEALS  OCT 0 6

RECEIVED CAL APPEALS  OCT

FEDERAL HEALTH INSURANCE BENEFITS ACCOUNT
ADD61    00009559
J ROBERT WEST MD INC
PO BOX 2150,
REDLANDS, CA  92373-0701
BOBBY JANOE # J-25333

FEDERAL HEALTH INSURANCE BENEFITS ACCOUNT
ADD61    00009558
J ROBERT WEST MD INC
PO BOX 2150
REDLANDS, CA  92373-0701
BOBBY JANOE # J-25333

SCREENED OUT   SEP 29 2006

SCREENED OUT   OCT 0 6 2006

00296

RECEIVED CAL APPEALS SEP 29 2006

RECEIVED CAL APPEALS OCT 20 2005

RECEIVED CAL APPEALS OCT 20 2005

CAL    A  0602524

5-16-06

I was glad to hear from ya, as for out here, I'm going thru it all a bunch of bull shit, and I just can't focus at the moment, I do need to, I am planing on moving in 1 week, and I still need to find a new house, so I will Focus on that tommorow, I have lots to do! Plus, with my court case coming up next month, It's nothing nice, any case, they plan to raise my bail to 300,000.00 so I am working on getting up my issues, so I can fight my case from the streets, in any how, my homeboy pandored 5, _ _ _ for ya, plus another letters with 5 _ _ _ , over 10,000 , so once this clears your account, do me a favor, could you take half of that and send it back to me in a state of Calif. check, I will put that towards my bail, as soon as it clears, just plus put in a request to send out half of that to me ok, to my P.O. box ok, 1/2 of that ya also send me out a kite when you do that! things will get better, And Keep your head up, odds to ya next, west but legally!

Trust, have faith, I'll get you out right ...

00297

RECEIVED CAL APPEALS SEP 2 9 2005

RECEIVED CAL APPEALS OCT 0 6 2005

RECEIVED CAL APPEALS OCT 2 0 2005

CAL A 0602524

Page 1 of 1

North Carolina Birth Index 1800-2000

Discover Your Family Story

Bellamy
28 May 1933
Edgecombe
Jimmie?? Bellamy
B_C037_66001
20
422

Source Information:

Ancestry.com. *North Carolina Birth Index, 1800-2000* [database online]. Provo, Utah

This list shows the counties and years coverage in this index.

SCREENED OUT     SEP 2 9 2005

SCREENED OUT     OCT 0 6 2005

EXHIBIT

00299



00300





# EXHIBIT

J

```
REPORT ID: T83034                                         CAL  A 0602524
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIFORNIA STATE PRISON
RECEIVED CAL APPEALS SEP 29 2006   STATE TRUST ACCOUNTING SYSTEM
                             INMATE TRUST ACCOUNT STATEMENT

RECEIVED CAL APPEALS OCT 06 2005   MAY ?  2005 THRU SEP ?  2006

ACCOUNT NUMBER : J25333                        BED/CELL NUMBER: FB01000
ACCOUNT RECEIVED CAL APPEALS OCT 06 2006 OWN    ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE   DESCRIPTION   COMMENT   CHECK NUM   DEPOSITS   WITHDRAWALS
-----  ----   -----------   -------   ---------   --------   -----------

05/01/2005   BEGINNING BALANCE

05/04  D554  INMATE PAYROL  04/05  5838           13.18
05/11  W213  FEDERAL FILIN  1421/06011                         2.62
05/11  W220  STATE FILING   15606/6015                         2.62
06/03  D554  INMATE PAYROL  05/01  6478            8.72
06/03  W512  LEGAL POSTAGE  5/12   6510                         8.40
06/06  FC01  DRAW-FAC 1      A1    6520                         4.72
06/16  W213  FEDERAL FILIN  1421/06804                         1.74
06/16  W220  STATE FILING   5606/06797                         1.74
07/06  D554  INMATE PAYROL  6/05   0063           10.16
07/15  W512  LEGAL POSTAGE  7/1    0289                         2.90
07/15  W512  LEGAL POSTAGE  7/1    0289                         1.29
07/15  W512  LEGAL POSTAGE  7/1    0289                         1.29
07/28  W213  FEDERAL FILIN  1421/00547                         2.03
07/28  W220  STATE FILING   15606/0559                         2.03
08/03  D554  INMATE PAYROL  7/05   0625            8.40
08/05  W512  LEGAL POSTAGE  8/4    0686                         0.60
08/05  W512  LEGAL POSTAGE  8/4    0686                         1.75
08/08  W220  STATE FILING   15606/0722                         1.68
08/08  W213  FEDERAL FILIN  1421/0723                          1.68
08/15  W512  LEGAL POSTAGE  07/19  0873                         1.06
08/15  W512  LEGAL POSTAGE  07/19  0873                         1.05
08/15  W512  LEGAL POSTAGE  07/19  0873                         1.06
09/07  D554  INMATE PAYROL  08/05  1269            6.80
09/09  W220  STATE FILING   15606/1342                         1.36
09/09  W213  FEDERAL FILIN  1421/01343                         1.36
09/09  W512  LEGAL POSTAGE  8/9    1351                         3.95
10/18  W516  LEGAL COPY CH  09/14  2098                         0.20
11/15  W516  LEGAL COPY CH  10/17  2657                         0.06
       ACTIVITY FOR 2006
04/27  D310  CHECK DEPOSIT  MR/  505780        2,021.51
04/27  D310  CHECK DEPOSIT  MR/  505780        1,898.02
04/27  D300  CASH DEPOSIT   MR/  505771          152.30
04/27  D300  CASH DEPOSIT   MR/  505771          222.20
04/27  W213  FEDERAL FILIN  1421/05795                        74.90
04/27  W220  STATE FILING   15606/5796                        74.90
04/28  W512  LEGAL POSTAGE  4/28   5819                         0.63
04/28  W512  LEGAL POSTAGE  4/28   5819                         0.65
05/01  W513  MISC  CHARGES  ENVELP5830                         0.50
05/01  W516  LEGAL COPY CH  04/24  5838                         1.20
5/05   D310  CHECK DEPOSIT  MR/  505930
5/05   D310  CHECK DEPOSIT  MR/  505930                  OCT 06 2006
5/     CASH DEPOSIT   MR/  505937        100.00
```

SCREENED OUT SEP 29 2006
SCREENED OUT
RECEIVED CAL APPEALS SEP 29 2006

00303